IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **FILED** | |
| United States District Court | |
| Western District of Arkansas | |
| August 11 2025 | |
| **Office of the Clerk** | |

**KELLI LEE**                                                                                     **PLAINTIFF**

         v.                                        **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                    **DEFENDANT**


### EMERGENCY MOTION TO RESCHEDULE DEPOSITION AND REQUEST REMOTE/NEUTRAL LOCATION


Plaintiff Kelli Lee, proceeding pro se, respectfully moves to reschedule the deposition noticed by Defendant for August 18, 2025, and to change the location to remote or neutral.

1. On July 17, 2025, the Court placed this matter in abeyance for thirty (30) days following the plaintiff's former counsel's withdrawal, to allow Plaintiff time to obtain new counsel or prepare to proceed pro se.

2. On August 8, 2025—during the abeyance period—Defendant noticed Plaintiff's deposition for August 18, 2025, at opposing counsel's office.

3. This date is the first business day after the abeyance ends and leaves Plaintiff with inadequate preparation time following former counsel's withdrawal.

4. Plaintiff requests a rescheduling to a mutually agreeable date in late September 2025 and that the deposition be conducted via Zoom or in a neutral location to ensure fairness.

WHEREFORE, Plaintiff asks that the Court:

a. Reschedule the August 18, 2025, deposition to late September 2025; and

b. Require the deposition be conducted remotely via Zoom or at a neutral location.

Respectfully submitted,

Kelli Lee

905 W. Rock St., Morrilton, AR 72110

(501) 354-5270

kelli.j.lee@gmail.com

Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served on Tim Hutchinson and Mallory Shamoon, attorneys for Defendant, via email on August 11, 2025.

Kelli Lee

August 11, 2025