## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**KELLI LEE**                                                                                      **PLAINTIFF**

**v.**                                              **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                                  **DEFENDANT**

### NOTICE OF SERVICE OF AMENDED DISCOVERY RESPONSES

Plaintiff, Kelli Lee, respectfully gives notice that on August 26, 2025, she served upon Defendant **WAL-MART STORES ARKANSAS, LLC** her **Amended Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents**.

These amended responses are served pursuant to the Federal Rules of Civil Procedure and supersede any prior responses.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on Tim Hutchinson and Mallory Shamoon, attorneys for Defendant, via email on August 26, 2025.

Dated: August 26, 2025

Respectfully submitted,

Kelli Lee

Pro Se Plaintiff

905 W. Rock St.

Morrilton, AR, 72110

(501) 438-9330

kelli.j.lee@gmail.com