**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**


**KELLI LEE**                                                                                    **PLAINTIFF**


**v.**                                        **Case No.  5:24-CV-05190**


**WAL-MART STORES ARKANSAS, LLC**                                        **DEFENDANT**




**NOTICE OF SERVICE OF PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES**



Plaintiff hereby gives notice that on October 6, 2025, she served upon Defendant's counsel Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents, including an updated Timeline of Events referencing attached exhibits and supporting evidence.  This supplementation is offered as an addition to Plaintiff's previously served (August 26, 2025) Amended Discovery Responses.



Audio recordings identified in the supplemental production were provided to Defendant's counsel via secure download links.



These supplemental responses were served by email to Defendant's counsel of record.



Respectfully submitted,

Kelli Lee

Pro Se Plaintiff

905 W. Rock St.

Morrilton, AR, 72110

(501) 438-9330

kelli.j.lee@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on Tim Hutchinson and Mallory Shamoon, attorneys for Defendant, via email on October 6, 2025.

Dated: October 6, 2025

Respectfully submitted,

Kelli Lee

Pro Se Plaintiff

905 W. Rock St.

Morrilton, AR, 72110

(501) 438-9330

kelli.j.lee@gmail.com