**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                          **PLAINTIFF**


v.                                    **Case No.  5:24-CV-05190**


**WAL-MART STORES ARKANSAS, LLC**                                      **DEFENDANT**


**DECLARATION OF KELLI LEE IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FOR RULE 37 RELIEF**

---

I, Kelli Lee, declare under penalty of perjury under the laws of the United States of America that:

1. I, Kelli Lee, am the Plaintiff in this action.

2. I have personal knowledge of the matters set forth in the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FOR RULE 37 RELIEF**. The facts stated therein are true and

correct to the best of my knowledge, information, and belief.

Executed on this  14  day of   November  , 2025, at  Morrilton, AR .

Kelli Lee, Plaintiff, Pro Se


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice was served on Tim Hutchinson and Mallory Shamoon, attorneys for Defendant, via email on November 14, 2025.

Dated: **November 14, 2025**

Respectfully submitted,

Kelli Lee, Pro Se Plaintiff
905 W. Rock St.
Morrilton, AR, 72110
(501) 438-9330
kelli.j.lee@gmail.com