Kelli Lee

905 W. Rock St.

Morrilton, AR 72110

kelli.j.lee@gmail.com

(501) 354-5270

11/14/2025


United States District Court,

Western District of Arkansas, Fayetteville Division

John Paul Hammerschmidt Federal Building

35 East Mountain Street

Room 510

Fayetteville, Arkansas 72701-5354


**Re:** Backup Submission – Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

**Case:** Lee v. Wal-Mart Stores Arkansas, LLC, Case No. 5:24-CV-05190

Dear Clerk of Court,

Enclosed is a **USB flash drive** containing a full copy of **Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief**, including:

- Main response documents (Plaintiff's Response, Short Form Brief, Declaration)
- All exhibits referenced in the filing (Priority Exhibits 0.1–0.7, Exhibits 1a–88)
- Exhibit Index (listing all exhibits and file names)

This flash drive is provided as a **backup** to my electronic filing submitted via email on **November 14, 2025** (Email 1 of 2 and Email 2 of 2). The emailed PDFs are the **primary filing**, and the flash drive is included in case of any difficulty processing the emails.

Thank you for your attention. Please contact me at (501) 354-5270 or kelli.j.lee@gmail.com with any questions regarding this backup submission.

Respectfully,

Kelli Lee

kelli.j.lee@gmail.com

(501) 354-5270

Case No:  5:24-CV-05190