**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                        **PLAINTIFF**


**v.**                                        **Case No.  5:24-CV-05190**


**WAL-MART STORES ARKANSAS, LLC**                              **DEFENDANT**


**SUPPORTING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL DISCOVERY AND FOR RULE 37 RELIEF**

---

# <u>EXHIBIT INDEX</u>

---

**Overview:**

The following table lists all exhibits submitted with Plaintiff's *Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief.* Each exhibit is identified by its exhibit name and corresponding file name, along with the email number in which it was attached for electronic submission to the Clerk's Office.

This Exhibit Index is provided to assist the Court in verifying receipt and organization of all exhibits across the multiple emails that comprise this single filing.

---

| Exhibit Name | File Name | Attached to Email # |
|---|---|---|
| Priority Exhibit 0.1 | 0.1_priority_.pdf | Email 1 |
| Priority Exhibit 0.2 | 0.2_priority_.pdf | Email 1 |
| Priority Exhibit 0.3a | 0.3a_priority_.pdf | Email 1 |
| Priority Exhibit 0.3b | 0.3b_priority_.pdf | Email 1 |
| Priority Exhibit 0.4 | 0.4_priority_.pdf | Email 1 |
| Priority Exhibit 0.5 | 0.5_priority_.pdf | Email 1 |
| Priority Exhibit 0.6 | 0.6_priority_.pdf | Email 1 |
| Priority Exhibit 0.7 | 0.7_priority_.pdf | Email 1 |
| Exhibit 1a | 1a_.pdf | Email 1 |
| Exhibit 1b | 1b_.pdf | Email 1 |
| Exhibit 2 | 2_.pdf | Email 1 |
| Exhibit 3 | 3_.pdf | Email 1 |
| Exhibit 4 | 4_.pdf | Email 1 |
| Exhibit 5a | 5a_.pdf | Email 1 |

**Exhibit Index - Page 2 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| | | |
|---|---|---|
| Exhibit 5b | 5b_.pdf | Email 1 |
| Exhibit 6 | 6_.pdf | Email 1 |
| Exhibit 7 | 7_.pdf | Email 1 |
| Exhibit 8 | 8_.pdf | Email 1 |
| Exhibit 9a | 9a_.pdf | Email 1 |
| Exhibit 9b | 9b_.pdf | Email 1 |
| Exhibit 10a | 10a_.pdf | Email 1 |
| Exhibit 10b | 10b_.pdf | Email 1 |
| Exhibit 11 | 11_.pdf | Email 1 |
| Exhibit 12 | 12_.pdf | Email 1 |
| Exhibit 13 | 13_.pdf | Email 1 |
| Exhibit 14 | 14_.pdf | Email 1 |
| Exhibit 15 | 15_.pdf | Email 1 |
| Exhibit 16 | 16_.pdf | Email 1 |
| Exhibit 17 | 17_.pdf | Email 1 |

**Exhibit Index - Page 3 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| | | |
|---|---|---|
| Exhibit 18 | 18_.pdf | Email 1 |
| Exhibit 19a | 19a_.pdf | Email 1 |
| Exhibit 19b | 19b_.pdf | Email 1 |
| Exhibit 20 | 20_.pdf | Email 1 |
| Exhibit 21 | 21_.pdf | Email 1 |
| Exhibit 22 | 22_.pdf | Email 1 |
| Exhibit 23 | 23_.pdf | Email 1 |
| Exhibit 24 | 24_.pdf | Email 1 |
| Exhibit 25 | 25_.pdf | Email 1 |
| Exhibit 26 | 26_.pdf | Email 1 |
| Exhibit 27 | 27_.pdf | Email 1 |
| Exhibit 28 | 28_.pdf | Email 1 |
| Exhibit 29 | 29_.pdf | Email 1 |
| Exhibit 30 | 30_.pdf | Email 1 |
| Exhibit 31 | 31_.pdf | Email 1 |

**Exhibit Index - Page 4 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| Exhibit 32 | 32_.pdf | Email 1 |
| --- | --- | --- |
| Exhibit 33 | 33_.pdf | Email 1 |
| Exhibit 34 | 34_.pdf | Email 1 |
| Exhibit 35 | 35_.pdf | Email 1 |
| Exhibit 36 | 36_.pdf | Email 1 |
| Exhibit 37 | 37_.pdf | Email 1 |
| Exhibit 38 | 38_.pdf | Email 1 |
| Exhibit 39 | 39_.pdf | Email 2 |
| Exhibit 40 | 40_.pdf | Email 2 |
| Exhibit 41 | 41_.pdf | Email 2 |
| Exhibit 42 | 42_.pdf | Email 2 |
| Exhibit 43a | 43a_.pdf | Email 2 |
| Exhibit 43b | 43b_.pdf | Email 2 |
| Exhibit 44 | 44_.pdf | Email 2 |
| Exhibit 45 | 45_.pdf | Email 2 |

**Exhibit Index - Page 5 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| | | |
|---|---|---|
| Exhibit 46 | 46_.pdf | Email 2 |
| Exhibit 47 | 47_.pdf | Email 2 |
| Exhibit 48 | 48_.pdf | Email 2 |
| Exhibit 49 | 49_.pdf | Email 2 |
| Exhibit 50 | 50_.pdf | Email 2 |
| Exhibit 51 | 51_.pdf | Email 2 |
| Exhibit 52 | 52_.pdf | Email 2 |
| Exhibit 53a | 53a_.pdf | Email 2 |
| Exhibit 53b | 53b_.pdf | Email 2 |
| Exhibit 54 | 54_.pdf | Email 2 |
| Exhibit 55 | 55_.pdf | Email 2 |
| Exhibit 56 | 56_.pdf | Email 2 |
| Exhibit 57a | 57a_.pdf | Email 2 |
| Exhibit 57b | 57b_.pdf | Email 2 |
| Exhibit 58a | 58a_.pdf | Email 2 |

**Exhibit Index - Page 6 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| | | |
|---|---|---|
| Exhibit 58b | 58b_.pdf | Email 2 |
| Exhibit 59 | 59_.pdf | Email 2 |
| Exhibit 60 | 60_.pdf | Email 2 |
| Exhibit 61a | 61a_.pdf | Email 2 |
| Exhibit 61b | 61b_.pdf | Email 2 |
| Exhibit 62 | 62_.pdf | Email 2 |
| Exhibit 63 | 63_.pdf | Email 2 |
| Exhibit 64 | 64_.pdf | Email 2 |
| Exhibit 65a | 65a_.pdf | Email 2 |
| Exhibit 65b | 65b_.pdf | Email 2 |
| Exhibit 66 | 66_.pdf | Email 2 |
| Exhibit 67 | 67_.pdf | Email 2 |
| Exhibit 68 | 68_.pdf | Email 2 |
| Exhibit 69a | 69a_.pdf | Email 2 |
| Exhibit 69b | 69b_.pdf | Email 2 |

**Exhibit Index - Page 7 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| Exhibit 70 | 70_.pdf | Email 2 |
| Exhibit 71a | 71a_.pdf | Email 2 |
| Exhibit 71b | 71b_.pdf | Email 2 |
| Exhibit 72 | 72_.pdf | Email 2 |
| Exhibit 73 | 73_.pdf | Email 2 |
| Exhibit 74 | 74_.pdf | Email 2 |
| Exhibit 75 | 75_.pdf | Email 2 |
| Exhibit 76 | 76_.pdf | Email 2 |
| Exhibit 77 | 77_.pdf | Email 2 |
| Exhibit 78 | 78_.pdf | Email 2 |
| Exhibit 79 | 79_.pdf | Email 2 |
| Exhibit 80 | 80_.pdf | Email 2 |
| Exhibit 81 | 81_.pdf | Email 2 |
| Exhibit 82 | 82_.pdf | Email 2 |
| Exhibit 83 | 83_.pdf | Email 2 |

**Exhibit Index - Page 8 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190

| Exhibit 84 | 84_.pdf | Email 2 |
| Exhibit 85 | 85_.pdf | Email 2 |
| Exhibit 86 | 86_.pdf | Email 2 |
| Exhibit 87 | 87_.pdf | Email 2 |
| Exhibit 88 | 88_.pdf | Email 2 |

**Exhibit Index - Page 9 of 9**

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Rule 37 Relief

Case No:  5:24-CV-05190