**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                                     **PLAINTIFF**

**v.**                                                   **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                                   **DEFENDANT**

**SUPPORTING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**
**AND FOR RULE 37 RELIEF**

---

# <u>PRIORITY EXHIBIT 0.3a  – AUDIO EXHIBITS</u>

# **(0.3a_priority_.pdf)**

   This document is a separate compilation of ten of the eleven audio-recording exhibits previously produced by Plaintiff as part of her Amended Discovery Responses (August 26, 2025) and/or Supplemental Discovery Responses (October 6, 2025). These recordings include: **Exhibit 5b, Exhibit 6, Exhibit 9b, Exhibit 10b, Exhibit 14, Exhibit 19b, Exhibit 43b, Exhibit**

**57b, Exhibit 58b, and Exhibit 65b**. The eleventh audio-recording exhibit, **Exhibit 61b**, is provided separately as **Priority Exhibit 0.3b**.

This compilation provides a summary of each recording and includes access links for ease of reference. The audio-recording compilation begins on the following pages, and each audio exhibit is also included as a standalone exhibit separately attached to this filing.

**EXHIBIT 57b – Audio Recording**

July 6, 2023, I spoke with a member of the Walmart Open door team by phone for about an hour to dispute the falsified yellow disciplinary action that Justin had filed. I also reported the harassment and discrimination that I had faced from Justin, Shreyas, and Gaurav. The member of the Open Door Team requested Sara Pollard, Justin's Manager, to set up a meeting with me so I could report my concerns to her.  I was also instructed to reach back out to the representative from the Open Door Program if I didn't hear from Sara by the middle of the following week to report my concerns to her. Sara Pollard was also Shreyas Lele's Manager.

The recording has been provided to Defendant's counsel via:

1. **Secure download link:**  https://drive.google.com/file/d/1BcsTEIoao8OUR4lMcNtwr85g0Ow9dIiH/view?usp=sharing

2. **Alternative Secure download link:**  https://drive.google.com/file/d/1QPSZAtj0ByFX42puMBxBor7k7UpeU0dU/view?usp=sharing

## EXHIBIT 65b – Audio Recording

**Friday, July 14, 2023, 2:15 PM -2:30 PM,** I attended the open door decision meeting that Sara Pollard called me to. In the  meeting Sara Pollard told me that she was going to uphold the yellow disciplinary action and stated that Justin would remain my manager, etc.

The recording has been provided to Defendant's counsel via:

1. **Secure download link:** https://drive.google.com/file/d/1Sm-JTInpkba2U1ctuVR7xMmYJViFjgoM/view?usp=drive_link
2. **Alternative Secure download link**: https://drive.google.com/file/d/1EbRKcUcEMJsk7TXWX0tk0FzlShRO_AOK/view?usp=drive_link

It may be necessary to increase the zoom of this document to at least 200% to view the text in the image screen shots.

Image on Next Page:



**EXHIBIT 43b – Audio Recording (yellow disciplinary action meeting)**

June 19, 2023, Justin sends me an e-mail after the disciplinary action meeting in which he accuses me of leaving the disciplinary action meeting, however, he leaves out a lot of information about his actions before I left the meeting that caused me to leave the meeting.  He also does not acknowledge that he falsified the disciplinary action with inaccurate information about me and my work, he asks me to endorse the inaccurate information in the falsified yellow disciplinary action by asking me to create an action plan that will endorse the yellow disciplinary action that he falsified, etc

The recording has been provided to Defendant's counsel via:

1.  **Secure download link:**  https://drive.google.com/file/d/1q8HX6ZKTv-Y6nHgTrqDtR8VFEgMgzUV2/view?usp=sharing

2.  **Alternative Secure download link**:  https://drive.google.com/file/d/1iBOdt8xNVVB15bz7pLtR1UtZmTtNinFc/view?usp=sharing

**EXHIBIT 14 - Audio Recording**

**I successfully presented my engineering work at the Walmart CAB Board**

On **May 18, 2023** I successfully presented my engineering work at Walmart to the CAB Board and received all leadership approvals for my work in this recording made on May 18, 2023. This was needed to make changes in the production environment. I am presenting my work in this recording.  This was one of the many times that I presented my successful software engineering work publicly at Walmart.

The recording has been provided to Defendant's counsel via:

1. **Recording Secure download link**:  https://drive.google.com/file/d/1hgsImofHEJJaWhH86CMlt3FbV2xNgUeP/view?usp=drive_link
2. **Alternative Recording Secure download link:**
   https://drive.google.com/file/d/1X4O6MngPN0BFA5E0BpWaJ9Aw-1x9GkyA/view?usp=sharing

## EXHIBIT 19b - Audio Recording

Recording of a meeting that Justin called me on **between** 3:00 PM - 3:25 PM on May 31, 2023 where I tell him about my religious conflict with dishonesty and he pressures me to make a choice between following my religion or providing a dishonest timeline.

The recording has been provided to Defendant's counsel via:

1. **Secure download link:**  https://drive.google.com/file/d/16GLeEsc-cY03Eu9-aiYF3Kn4k-Ipnomx/view?usp=sharing
2. **Alternative Secure download link:**
   https://drive.google.com/file/d/1VZWnpMTtn-W0GHOROANPNMpq8XMCo9qA/view?usp=sharing

**EXHIBIT 58b – Audio Recording**

**Discrimination by Shreyas Lele during a Data Platform meeting on July 6, 2023.  The meeting started at 8:30 AM CT.**
The Data Platform Team has the first names of all engineers listed in alphabetical order from left to right on our team board in JIRA.  Please see the image Below to view the name ordering

Discrimination by Shreyas Lele during a Data Platform team meeting. The names on this day were as follows: Darshan, Gaurav, Huize, Kelli, Luis, Oluwaleke and Prakhar. All engineers were present in the online meeting except for Darshan, who would have been first if he were present. Since no one had work to demo first, Shreyas, the Product Owner, for the Data Platform team started calling the engineers to give work progress updates in alphabetical order from left to right. Each update had the potential to generate side discussions between those present on the call. Gaurav gave the first update since Darshan was not present, then Huize was called as his name came next. Then instead of calling my name next after Huize as Kelli would have come next in the alphabetical listing, Shreyas moved to the last name on the board and started working his way backward by calling the engineers in reverse alphabetical order. So instead of calling me he called Prakhar, and then he called Leke, and then he called Luis, the intern, and then he finally called me (Kelli) last after everyone else had given their work updates. Shreyas called the only female engineer on the team last after the men and he also called engineers with less seniority and experience before he called my name.

The recording has been provided to Defendant's counsel via:

1.  **Secure download link:**  https://drive.google.com/file/d/1KxAoOHCGTTDuibLL6duqX91x8qK2aD8_/view?usp=sharing
2.  **Alternative Secure download link**:  https://drive.google.com/file/d/1YxV1KZUGAuEnisEKAaZyZdz7yRfAgyUY/view?usp=drive_link



**EXHIBIT 9b - Audio Recording of May 4, 2023 Meeting**

Here is a recording of part of the gender unbalanced meeting that Gaurav invited me to. It features 3 men (Gaurav, Shreyas and Justin) blaming me the one woman in the meeting. I asked that a female manager for the team, Mel, attend this meeting to give it a gender balance, but Gaurav ignored my request. Gaurav also refused to tell me what this meeting was about when I asked him (Please see Image 1)  Neither, Gaurav, Shreyas, or Justin attended the CAB presentation that I presented, yet they felt qualified to criticize my presentation. Gaurav claims in this recording that he will be happy to help me and I only have to ask. However, many times when I requested Gaurav's help he has refused or ignored me. In fact when I ask Gaurav to meet with me to help me with work on May 15, he refuses to help and tells me that he will be unavailable for over a month. Gaurav's words are not consistent with his actions.


The recording has been provided to Defendant's counsel via:

1. **Recording Secure download link**:   https://drive.google.com/file/d/1UxWvua4S1KwkrnTQU06riR_1BdmxUsi4/view?usp=sharing

2. **Alternative Recording Secure download link:**

   https://drive.google.com/file/d/1K0kKsSxS-bPc6Y-FS_Lo9X1GxqT7uknT/view?usp=sharing

**EXHIBIT 6 – Audio Recording (I successfully presented my engineering work at the Walmart CAB Board)**

On **February 23, 2023** I successfully presented my engineering work at Walmart to the CAB Board and received all leadership approvals for my work in this recording made on February 23, 2023. This was needed to make changes in the production environment. I am presenting my work in this recording.  This was one of the many times that I presented my successful software engineering work publicly at Walmart.


The recording has been provided to Defendant's counsel via:

1. **Secure download link:**  https://drive.google.com/file/d/14zKm-ByF4BfkysE8YXT4rLH2RpSvGrtm/view?usp=drive_link
2. **Alternative secure download link:**  https://drive.google.com/file/d/1YaMObMDrqEvH_vo2ti8h5UtoYtA5DD6z/view?usp=sharing

## EXHIBIT 10b

Here is a recording of part of the gender unbalanced meeting that Gaurav invited me to.  It features 3 men (Gaurav, Shreyas and Justin) blaming me the one woman in the meeting.  I asked that a female manager for the team, Mel, attend this meeting to give it a gender balance, but Gaurav ignored my request. Gaurav also refused to tell me what this meeting was about when I asked him (Please see Image 1)  Neither, Gaurav, Shreyas, or Justin attended the CAB presentation that I presented, yet they felt qualified to criticize my presentation. Gaurav claims in this recording that he will be happy to help me and I only have to ask.  However, many times when I requested Gaurav's help he has refused or ignored me.  In fact when I ask Gaurav to meet with me to help me with work on May 15, he refuses to help and tells me that he will be unavailable for over a month. Gaurav's words are not consistent with his actions.

The recording has been provided to Defendant's counsel via:

1. **Recording Secure download link**:  https://drive.google.com/file/d/1UxWvua4S1KwkrnTQU06riR_1BdmxUsi4/view?usp=sharing
2. **Alternative Recording Secure download link:**

   https://drive.google.com/file/d/1IwOYgttfNqQYTQcjCjSQ8Lx9PvPKnjTf/view?usp=sharing

## **EXHIBIT 5b** – **Audio Recording (Conversation with Justin re: Admin Rights)**

This exhibit is an audio recording in which Plaintiff asks Justin why she was no longer an administrator of the group. In the recording, Justin characterizes the removal as a "mistake." However, Plaintiff maintains that stripping her of admin rights was an act of discrimination, not an accident.

The recording has been provided to Defendant's counsel via:

1. **Secure download link:** https://drive.google.com/file/d/1SJ8UhC8sXUaQnscJVcfLZKqSBy70zPE0/view?usp=sharing
2. **Alternative Secure download link:** https://drive.google.com/file/d/1dcl4XN2zgZTPPR9l9Ox-LjZWcj9lfQHh/view?usp=sharing