**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                          **PLAINTIFF**

**v.**                                        **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                **DEFENDANT**

**SUPPORTING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FOR RULE 37 RELIEF**

---

# PRIORITY EXHIBIT 0.3b  – AUDIO EXHIBITS

# (0.3b_priority_.pdf)

**Priority Exhibit 0.3b** is a standalone compilation containing **Plaintiff's Exhibit 61b**, the audio-recording exhibit titled *"Recording of Plaintiff Reporting Her Open Door Concern to Sara Pollard."* This exhibit was submitted as part of Plaintiff's **Amended Discovery Responses (August 26, 2025)** and/or **Supplemental Discovery Responses (October 6, 2025)**, and includes direct, secure download links to the audio recording and the accompanying documentation of Plaintiff's report during this meeting. Due to the formatting of the accompanying report, this exhibit is submitted separately for clarity and ease of reference. The compilation provides a detailed summary of the recording and includes access links to the full audio file. The remaining ten of the eleven audio-recording exhibits previously submitted by Plaintiff as part of her Amended and/or Supplemental Discovery Responses are compiled in **Priority Exhibit 0.3a**.

**EXHIBIT 61b – Audio Recording (Recording of me Reporting my Open Door Concern to Sara Pollard) and Document**

It may be necessary to increase the zoom of this document to at least 200% to view the text in some of the image screen shots.

**On July 13, 2023 at approximately 10:30 AM-11:30AM**, I presented my open-door concerns to Sara Pollard giving her a document that showed evidence that: 1.) the yellow disciplinary action filed against me had been falsified, 2.) that I had faced harassment and discrimination on my job, and 3.) I asked her to remove the yellow disciplinary action from my record and to assign me a new manager other than Justin or Shreyas.  I also told her that if changing Justin from being my manager meant moving to another team I didn't mind as long as the position that I would be moving to would be a Software Engineer III or higher.

The recording has been provided to Defendant's counsel via:

1. **Secure download link:**
   https://drive.google.com/file/d/15m4ZPZ3QfKKN2BsP38q_7s71NO7FOcI_/view?usp=drive_link
2. **Alternative Secure download link**:
   https://drive.google.com/file/d/1Ucs1Ho-rrNbJ13MsAQCEmOYCXDW0whbr/view?usp=drive_link

**The document on the following page is copy of my open door concerns presented during this zoom meeting:**

**Disciplinary Action Removal Request**

**Main Reason for Meeting:**  Incorrect Information was entered into a Disciplinary Action and filed against my record which resulted in me receiving a Yellow Disciplinary Action on June 19, 2023.

**My Requests:**
1. I request that you please remove this Yellow Disciplinary Action from my record.  This document contains evidence that the disciplinary action is an inaccurate assessment of me and my work and other concerns that I have related to it.
2. I ask that Justin Kohley, who filed this disciplinary Action on June 19, 2023, no longer be my direct manager/people manager.  I also request that Shreyas Lele not be my direct manager/people manager. This document will elaborate more about the reasons for these two requests.  If this means that I need to move to a different team, I am ok with that as long as the new software engineering position that I would move to is ranked to be at least a software engineer level III or higher.

**Supporting Evidence:**

1. Evidence of tickets that other engineers on my team have worked on that took longer than a week and I have not heard of them receiving a disciplinary action of the work
2. Notice that I was unsure about the time, along with religious stance about false statements
3. Refusal of the team tech, Gaurav lead to meet with me to help me
4. Meeting with Huize and Prakhar for ADEDT-987
5. Supporting evidence of giving updates on my assignment ADEDT-987
6. Supporting evidence of working with others on my team and related teams
7. Evidence of biases, discriminations and harassments in team management
8. Notice to Justin that the work was completed and only needed a reviewer by (June 16, 2023) before the disciplinary action was filed. One team member quit and others were on PTO. I was unable to get a reviewer, as required until Monday, June 19, 2023.
9. I dispute Justin's claim that I did not show up for 1-1 meeting on Thursday, June 8, 2023 or any other confirmed meeting scheduled. I was logged in to teams on June 8 from 4:30 PM to 4:45 PM. I did not see Justin.

I apologize for any typos as I had to write this document quickly between work assignments

1

**1. Evidence of tickets that other engineers on my team have worked on that took longer than a week and I have not heard of them receiving a disciplinary action for taking longer than 2-3 days as I received.**

Darshan started work on **ADEDT-816** on March 2, 2023.  He completed the work on April 12, 2023.  **Darshan's work took 41 days** to complete, and I am unaware of anyone criticizing him or filing a disciplinary action against him for taking more than 2-3 days to complete his work



2

Prakhar started work on **ADEDT-914** on  April 12, 2023.  He completed the work on May 17, 2023.  **Prakhar's work took approximately 35 days** to complete, and I am unaware of anyone criticizing him or filing a disciplinary action against him for taking more than 2-3 days to complete his work



Prakhar started work on another assignment ADEDT-820 on  March 1, 2023 and completed the work on April 5, 2023.  **Prakhar's work again took approximately 35 days** to complete, and I am unaware of anyone criticizing him or filing a disciplinary action against him for taking more than 2-3 days to complete his work



Huize started work on ADEDT-832 on  March 1, 2023 and completed the work on April 5, 2023.  **Huize's work took approximately 35 days** to complete, and I am unaware of anyone criticizing him or filing a disciplinary action against him for taking more than 2-3 days to complete his work

4



I started work on ADEDT-987 on  May 15, 2023 and completed the work on June 19, 2023.  **My work took approximately 35 days** to complete.  In the disciplinary action that I received for my work for ADEDT-987 I was criticized for taking more than 2-3 days to complete my work.  The shows bias on the part of Justin as it appears that my teammates were not treated the same as I was.



## 2. Notice that I unsure about the time, along with religious stance about false statements

I did not refuse to give a delivery timeline and estimate for this work, which is called ADEDT-987 in Jira.

Because I had never completed an assignment like ADEDT-987, I had to learn the task while I was doing the work. This meant researching unfamiliar concepts, calling meetings with others to get the necessary credentials to be able to access the work for my assignment, working with others to learn how their code operated because the code that I would create for ADEDT-987 would ultimately be integrated into their code. I also had to learn a new coding language and get other people to review and approve my work before it was marked as complete, etc. I could not make other people meet with me or anticipate what roadblocks might come up the first-time that I did work like this. Before this project, my work on the Data Platform team had mostly been dealing with Digital Twin Database, Guide Toggle, Digital Twin Write API, dev and prod work for CAB presentations and other work assignments that were not directly related to the work that I took on for ADEDT-987. The work that I completed for ADEDT-987 was on the new Digital Twin UI. Although I have done a little bit of the new Digital Twin UI work in the past, this assignment took longer because I have been working on assignments in other areas that my teammates were not doing.

I also had to complete this work during a time when most of my team was on PTO, the Team Tech Lead Gaurav Khowdhe had refused to meet with me, and one team member, Naina Dhanwani, had recently left Walmart.

Therefore, it was not logical for me to be expected to give a timeline on this task the first time around. When asked for a time estimate, I wanted to give an honest answer so instead of refusing as I have been accused, I said that I was "unsure about how long the assignment would take, but that I would get it done as soon as possible". Stating or implying something that is untrue is also against my religion, so I did not want to have a religious conflict by giving a dishonest answer.

Evidence of my statements is given below in the images:

6

Justin Kohley  6/1 9:13 AM

Let me know if you'd like to chat about the card in question and if there are any specific challenges you're facing regarding delivery.

6/1 3:55 PM

I'm not sure how long assignment ADEDT-987 will take.  I'll get it done as soon as I possibly can. It is against my religion to state something or imply something unless I believe it to be true.

7





## 3. Refusal of the team tech, Gaurav lead to meet with me to help me

The Tech Lead, Gaurav Khowde was not available to have a connect meeting to help me.

The image below shows Tech Lead, Gaurav, declining to meet with me on May 17 after I repeatedly rescheduled a 1:1 meeting with him for help.  He also asked for the 1:1 connect meeting that I scheduled to be put off for about a month until mid June.  This meant that the Tech Lead was practically unavailable to meet with me for help during the time that I was working on assignment ADEDT-987.

Because Tech Lead Gaurav declined to meet with me from May 17 – June 15, I wasn't able to get help from Gaurav during the time that I needed it.

The start date for my assignment was May 15 and my work was ready to be reviewed by June 2, 2023. My team mates asked for changes during the review process, and I had completed their requested changes by June 16, 2023 or before. I received approval for my work on June 19 and thus was able to count the work as completed then.

**I have provided an image below of being refused by Tech Lead Gaurav and put off for a month when I asked for help during the time that I was working on this assignment**



10





## 4. I met with Huize and Prakhar about ADEDT-987.

Screenshots from my Zoom Meeting with my teammate Huize







Screenshots from my Zoom Meeting with teammate Prakhar about ADEDT-987 on May 16, 2023.



**5. Supporting evidence that I gave progress updates on my assignment ADEDT-987 in which I attached images of the work that I was doing in JIRA and posted it for the team to see.  I also attended all team meeting during this time and gave verbal updates about my work during team meetings.  On June 2, 2023 and June 5, 2023, as part of my progress updates for ADEDT-987, I posted images of the work that I had done for this assignment in JIRA for my team to see.**



17



For my June 2, 2023 Progress Update I posted, an image of the work that I completed on ADEDT-987 for the team to see

For my June 5, 2023 Progress Update I again posted, an image of the work that I completed on ADEDT-987 for my team to see

18



**6. Supporting evidence of working with others on my team and others on different teams**

19

















27







30



31









































## 7. Selected Evidence of biases, discriminations and harassments in Data Platform team management

Gaurav blaming me for Breaking Guide Toggle API even though Guide Toggle was working after I completed my work on it





**Discrimination by Shreyas Lele during a Data Platform meeting on July 6, 2023. The meeting started at 8:30 AM CT.** The Data Platform Team has the first names of all engineers listed in alphabetical order from left to right on our team board in JIRA. Please see the image Below to view the name ordering

**The Jira Board showing the ordering of the name of the Engineers of the Data Platform Team. Names are organized in alphabetical order by first name from left to right.**



**Here is an audio recording of this meeting on Thursday, July**  **6:**

The names on this day were as follows:  Darshan, Gaurav, Huize, Kelli, Luis, Oluwaleke and Prakhar.  All engineers were present in the online meeting except for Darshan, who would have been first if he were present.  Since no one had work to demo first, Shreyas, the Product Owner, for the Data Platform team started calling the engineers to give work progress updates in alphabetical order from left to right. Each update had the potential to generated side discussions between those present on the call.  Gaurav gave the first update since Darshan was not present, then Huize was called as his name occurred next.  Then instead of calling my name next after Huize as Kelli would have come next in the alphabetical listing, Shreyas moved to the last name on the board and started working his way back by calling the engineers in reverse alphabetical order.  So instead of calling me he called Prakhar, and then he called Leke, and then he called Luis, the intern, and then he finally called me last after everyone else had given their work updates.  I am not sure why he did this, but I am aware that Shreyas called the only female engineer on the team last after the men and he also called engineers with less seniority and experience before he called my name.

**A concern that I raised to Justin about Shreyas Lele on May 26, 2023.  Shortly after I made my complaint about Shreyas Justin became very critical of the assignment that I was working on at the time which was ADEDT-987**







to him and he continued to harass me about it. The ADEDT-999 assignment, however, was moving forward in good time.

ADEDT-999 was completed within a good period of time. It's start date was May 10, 2023. The was work ready for review by May 15, 2023.

Additionally, can you share more about your final note? Was there a particular instance of where he raised his voice to you at the office? If so, when was this and was anyone else present?

Yes. This occurred at the Global People Center Office at my desk on May 1, 2023. I would rather not pull anyone else into the complaint, but the commotion could be heard by anyone else that was close by.

I have attached some messages that I received related to these assignments where Shreyas either contacted me multiple times within a day to complete the same work, and/or contacted me after I had already given him a reasonable explanation about the work or asked Mel to contact me about it. (This complaint is not against Mel since she was only contacting me because Shreyas asked her to)

**May 26**

Justin Kohley  5/26 12:29 PM

Thank you for that additional information. I'll follow up if I have any other questions, but as always, let me know if you have any additional feedback or concerns.

**May 31**

Justin Kohley  5/31 1:42 PM

Hey Kelli, do you have time at 3:30pm to connect with me? I'd like to discuss yesterday's Data Platforms stand-up meeting.

5/31 1:58 PM

Hey, Justin. Do you mind if we meet today from 3:00 PM - 3:25 PM? (This is because I already have a meeting scheduled today starting at 3:35 PM.)

Justin Kohley  5/31 2:30 PM

Sure thing. Let me move a meeting to accomodate.





**8. Notice to Justin that the work was completed and only needed a reviewer by (June 16, 2023) before the disciplinary action was filed on June 19, 2023. One team member quit and others were on PTO. I was unable to get a reviewer, as required until Monday, June 19, 2023.**



This is harassment and discrimination. The other people on my team are not being treated like this.

It's my opinion that the work that I was initially asked to complete for ADEDT-987 is probably already completed. However, I can't make other people approve my work because that is outside of my control.

I want to clear up some incorrect statements that you have made about my work below. Please read with an open mind:

- I never stated a set time that ADEDT-987 would take to complete as I recall saying repeatedly that I was unsure how long that the assignment would take knowing that the assignment would be dependent on additional research on my part and that I would have to depend on others.

- Your expected time frame for this card was not reasonable given the circumstances

- Unit tests are not supposed to be part of the assignment for ADEDT-987. Adding testing for this code is part of another assignment which is currently in progress

- A fair unbiased person would consider the fact that Huize may have made PR suggestions to me that were unnecessary or incorrect. A biased person would assume that I should implement Huize's PR suggestions without question. You are being biased by assuming that I should implement Huize's suggestions without question.

-You stated that I had not address Huize's PR review, however this is incorrect. At the time that you sent this e-mail to me, I had already addressed all of Huize's comments on the PR. Huize requested several unnecessary changes. For instance he asked me to complete work that I had already completed. He also asked for trivial changes such as asking me to add or remove space from the code. Adding or removing space did not improve the quality of my code. In my opinion these were not changes that should have been requested because the code worked well before the changes that Huize suggested. However, since adding or removing space would not hurt the code, I added or removed the space as he requested to accommodate his review. I did, however, leave him comments letting him know that my code would actually work as I originally implemented it as well as how he had suggested.

While some of the PR review comments on ADEDT-987 were helpful, some were not helpful because they suggested unnecessary changes, and Huize was not the only reviewer to do so. Suggesting changes that are not necessary wastes time and makes a PR review last longer than it should. It is much better practice to only suggest changes if they are really needed.

Huize did not suggest the three points below during his PR review and after careful consideration of the three points below, I realized that this is bad advice. Also, my assignment ADEDT-987 did not request these three points either. These three points are:
1)Ensuring the screen is responsive to support different screen sizes.
2)Not enabling the State field until the prior field, Country, is selected much like with not enabling City until a State has been selected.
3) Implement react-hooks for validation to have proper validation.

While I believe that "ensuring that the screen is responsive to support different screen sizes" is important, this is work that should be part of another assignment.

-My work already includes the validation needed at this stage

I have tested some other pages on Digital Twin UI such as the main page and found that those pages are not responsive to support different screen sizes. These are pages that the engineers on the Data Platform team have worked on that were accepted. If it is necessary to enable responsiveness for different screen sizes, then this would be a big task and it should be made part of a several new assignments for all engineers on the Data Platform Team and not just for me. I have taken images of some pages on Digital Twin UI that are not mobile responsive and have attached them to this e-mail for you to view.

- A PR review is not a place to ask for new large additional requests to prolong the review as the purpose of the review should be to focus on the current code being reviewed and not to focus on your ==personal dislike== of me.

- You mentioned to have Huize or Gaurav clarify any technical questions, however, most of my current work has been accomplished by my going through the code, analyzing it and looking up this information on my own.

I can not guarantee that the work requests that you are making will be complete by Friday, June 16, 2023 for several reasons and I am not sure if some of your work requests are ethical to make.

**9. I dispute Justin's claim that I did not show up for 1-1 meeting on Thursday, June 8, 2023 or any other confirmed meeting scheduled. I was logged in to teams on June 8 from 4:30 PM to 4:45 PM. I did not see Justin.**



Here is an image that I sent to Justin after clicking on a meeting link from him and not seeing him join the meeting.

60

Usually Justin meets with me biweekly, however during the time that I was working on this assignment, ADEDT-987, from May 15, 2023-June 19th.  Justin repeatedly called me into meetings. In these meetings he mostly provided destructive criticism. During this time he also sent negative critical messages to me almost daily.  The messages often contained untrue statements about me and were of a nature that attacked me and made unreasonable demands and set hard deadlines that could not be followed easily.  I told Justin repeatedly that he was harassing and discriminating against me.  Shortly after repeatedly pointing out the harassment and discrimination from Justin, Shreyes and Gaurav, Justin filed this Disciplinary Action against me

I have never taken a PTO day as all other engineers on my team have. I am being treated unfair by my manager, the product manager and team tech lead.

### Closing Remarks:

Justin has filed unfair disciplinary in which he entered inaccurate information and filed it against my record at Walmart. This is contributing to the defamation of my character. This document also contained some of the many examples of harassment and discrimination that I have faced with Justin, Shreyas, and Gaurav.

I am the only female engineer on a gender unbalanced team.

Justin has also shared with me that he intends to file more disciplinary actions against me if I did not write up a plan of action that agrees with and endorses his first disciplinary action.

If Justin is not stopped, I will most likely be fired soon.  This is particularly disturbing as just approximately 4.5 months before having Justin as a manager, I could reasonably have expected to be promoted at Walmart when the time was right due to a good work record and seniority.

Therefore, I ask that you please remove the Yellow Disciplinary Action from my record, and I also ask for a different manager besides my personal manager Justin Kohley who filed this disciplinary action or Shreyas Lele.

**Image of Justin promising to file more disciplinary actions against me by e-mail**

61



**Appendix A:  The Yellow Disciplinary Action that I received on June 19, 2023 from Justin Kohley.**





**Disciplinary Action**

Question
Observations of Associate's Behavior and/or Performance
Enter the associate's behavior. Describe the observations of the associate's behavior and/or performance. Be as specific as possible, including dates, times and examples, to help the associate understand the behavior or performance that fell below the expected standards. Keep grammar and spelling in mind, as disciplinary action records are permanent.

**Manager Evaluation**

Response
Kelli has struggled, and even refused, to provide **delivery timelines and estimates** for her development work over the past several weeks. This has occurred in Data Platforms team meetings such as stand-ups and prioritization, in person and in Teams chats with her product leadership (Shreyas Lele - Product Owner, Gaurav Khodwe - Tech Lead, and Mel Happi - Project Manager), as well as with her direct manager via email, Team's chats, and in 1:1 discussions.

Providing information regarding the progress and expected delivery of work is an expectation for all associates, and it's especially important for software development where work is tracked in a granular fashion such that the delivery of a feature/capability is the sum of several different pieces of work (JIRA cards) with related interdependencies. This is critical to how product leadership tracks the expected delivery of said features or goals and evaluates any potential impact to the commitments made to leadership, partners, and customers.

Engineers should be as precise as they are able when providing reasonable delivery timelines for work. This can include notes/conversation on dependencies or risks that may push delivery out further than anticipated. These are taken in the spirit of an estimation and should be as accurate as reasonable given the circumstances. Deviations from this are often quite acceptable but the expectation is open communication with the team when they happen.

If an estimate seems off-base with the rest of the team's understanding/expectations, a conversation may be had to understand how that work can be supported, sped-up, or better enabled by the team. This could include breaking it down more, removing roadblocks, getting help from another engineer, or receiving helpful context (such as being shown reusable components to leverage) that changes the estimation.

**Work status, progress, and delivery expectations should be shared proactively in all applicable team meetings as well as ad-hoc when requested by product or direct leadership for delivery planning/work tracking.**

Question
Impact of Associate's  Behavior
Describe the impact the associate's behavior has on the business, customer/member service, associate morale, etc. The description should be concise but detailed enough to help the associate understand why the behavior did not meet the company's expected behavior.

**Manager Evaluation**

Response
After Kelli **refused to provide updates regarding the delivery of her work**, leadership set a deadline for when it should be completed which she failed to meet.



**Manager Evaluation**

Response

After Kelli **refused to provide updates regarding the delivery of her work**, leadership set a deadline for when it should be completed which she failed to meet.

The work in question is for ADEDT-987 which Kelli began on May 15th. The standard completion timeline for JIRA cards on this team and of work at this level is 2-3 days to PR commit (does not include production release). After not being provided any progress updates, leadership set a delivery deadline of Wednesday, June 7th for this work (18 working days)—this expectation was set on June 2nd.

Kelli initiated a PR for this work on June 6th, but after review by her Tech Lead, a significant number of issues were identified which prevented it from moving forward including hardcoding, inconsistencies, and duplicate code which would require future rework if pushed through. While we expect some back and forth with PRs including learnings, questions, and potentially even slight re-work, the feedback here was more substantial and meant the work was not complete.

While things like when a PR review is completed are out of developers hands, they can influence their ability to meet a deadline by completing work with enough time for that to happen and by following up directly with the team when needing an expedited review, additional input, or feedback.

The deadline of June 7th was still in place for this work and Kelli was asked to make the necessary changes by end of day which she failed to do. A follow up meeting was scheduled for end of day on the 8th. Kelli acknowledged the meeting via email and Teams but failed to join to discuss progress on this work.

On the 14th, Kelli initiated a new PR which did incorporate the requested feedback. An associate specializing in this area of work returned from PTO on the 12th and reviewed this PR—noting a series of additional changes that if not made now, would have to be redone in the future. Leadership instructed Kelli to make the requested changes and to complete the related unit test cases for this card which is an expectation for all UI work on the team and had not been completed up to this point.

Leadership appreciates Kelli stepping into front-end development work in order to grow as an engineer and recognizes that her early work in this space may take longer than the standard turnaround time for development work within a sprint (2-3 days on average). Even then, the expected delivery time for this work for a less experienced engineer was estimated at 7 days.

**Kelli needs to be able to move more quickly through her development work**—meeting the team standard of 2-3 days per card and delivering PRs without substantial feedback that requires several days in which to resolve. When she picks up work that she's less familiar, leadership will align on a deadline, but even that work should take no more than 7 days.

In order for this to happen, Kelli needs to **align on the expectations for a given card with product leadership** in order to fully understand what's expected of it and her. This is best done during scrum ceremonies such as prioritization and planning. From there, she needs to **take advantage of available resources** such as reusable components and code, learnings from fellow team members, and additional training where needed. Kelli should especially be more open to seeking help from team members in order to better understand how to approach new technical work, other resources to leverage, and to get earlier feedback when needed.

Question
Behavior Expected of Associate
Clearly describe the behavior the associate is expected to exhibit in the future to meet expectations. This description is necessary to ensure the associate has a complete understanding of what is being asked of them.

**Manager Evaluation**

Response
At multiple points during the events mentioned above, Kelli was asked to connect with her Tech Lead and peers for support and to better understand their feedback. This was especially necessary here since we understood that some of the related front-end concepts would have been new to her.



