**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                                    **PLAINTIFF**

**v.**                                                      **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                             **DEFENDANT**

**SUPPORTING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FOR RULE 37 RELIEF**

---

## PRIORITY EXHIBIT 0.7 – Plaintiff's Supplemental Discovery Responses Timeline and Email (served October 6, 2025)

## (0.7_priority_.pdf)

Timeline from Plaintiff's Supplemental Discovery Responses (served October 6, 2025), in which Plaintiff voluntarily organized her prior Amended Discovery Responses (served August 26, 2025) into 101 labeled exhibits, including 11 audio-recording exhibits, along with the accompanying email of service. **The timeline lists the exhibits for reference; the 101 exhibits themselves are attached separately as individual exhibits in the overall filing.**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                   **PLAINTIFF**

**v.**                                                   **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                      **DEFENDANT**

### PLAINTIFF'S SUPPLEMENTAL DISCOVERY RESPONSES

Plaintiff, appearing pro se, supplements her prior discovery responses as follows:

**General Statement:**
These supplemental responses are provided pursuant to Fed. R. Civ. P. 26(e), which requires supplementation of discovery responses as additional information becomes available.

**Supplemental Production:**
Plaintiff provides an updated Timeline of Events identifying key dates, descriptions, and exhibit references to supporting evidence, including emails, messages, audio recordings, and other relevant materials.

Each entry in the timeline with an Exhibit Code corresponds to an online file or media reference that has been provided to Defendant's counsel in the format Plaintiff ordinarily maintains and/or as attached exhibits.

Audio recordings referenced in the timeline are available for download via secure links included in the production. These links provide direct access to the recordings for Defendant's review.

This supplementation is offered as an addition to Plaintiff's previously served (August 26, 2025) Amended Discovery Responses.

**Supplemental Response to Interrogatories and Requests for Production - Supplemental Production**

This timeline and exhibits from the Plaintiff are being provided as the Plaintiff's supplemental responses to the Plaintiff's AMENDED DISCOVERY RESPONSES and are in response to any relevant requests for production from Request for Production 1 through Request for Production 9 asked for in the document DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**How to use the following chart:** This timeline lists a series of events in chronological order that are relevant to my case.  Most events on this timeline have an Evidence Code, date, description, and Secure URL.  Please read the descriptions for each event on the timeline and then view the pdf document for the Exhibit Code Referenced for the event to see the supporting evidence for that event.  You can also view evidence for each Exhibit Code by visiting any Secure URL given in the table that corresponds to each Exhibit.  Evidence includes emails, messages, recordings, pictures, etc.

| | **Date** | **Description** | **Secure URL to Evidence** |
|---|---|---|---|
| **Exhibit 1a**<br>**Exhibit 1b** | May  23, 2022 | I started my first day at Walmart as a Software Engineer III | https://docs.google.com/document/d/1 5ERoEBmqugDZdhqmeAWmTy6-cez aVKS89vx_kmq7xnU/edit?usp=shari ng |
| **Exhibit 2** | June 27, 2022 | Awarded Cultural Champion Award at Walmart by my first Manager on June 27, 2022 | https://docs.google.com/document/d/1 vZrNQ8aDckqjzWTIRFLZTe3uce47 wyvokcpfvqsiZEk/edit?usp=sharing |
| **Exhibit 3** | January 31, 2023 | Shreyas Lele Joins the Data Platform Team as a New Product Owner/manager on approximately **January 31, 2023** | https://docs.google.com/document/d/1 KpR2r4NORfqt8xZuVqDbPx9W9Zlo 80_K-N_r3lUwA7k/edit?usp=sharing |

| Exhibit 4 | February 11, 2023 | Justin is Assigned as my Manager on **February 11, 2023** | https://docs.google.com/document/d/1OJb46qFpdVDiPKUolZMJr1WMLbVxGxmY-OBFmXHX-RM/edit?usp=sharing |
|---|---|---|---|
| **Exhibit 5a** **Exhibit 5b** | February 15, 2023 | On **February 15, 2023**, four days after being assigned as my manager, Justin stripped me of my admin rights to the Data Platform/Guide Toggle Walmart workplace group | https://docs.google.com/document/d/1DV_7hTvpz9SV23dvraHeXlOySEuMeotx5sOHifVyQWs/edit?usp=sharing |
| **Exhibit 6** | February 23, 2023 | I successfully presented my engineering work at Walmart to the CAB Board and received all leadership approvals for my work in this recording made on February 23, 2023. This was needed to make changes in the production environment.  This was one of the many times that I presented my successful software engineering work publicly at Walmart. | https://docs.google.com/document/d/13AB38D8Ka0X-MqMi4lZfPp_N67_EsBBwRGFoXkMt6TA/edit?usp=sharing |
| **Exhibit 7** | February 24, 2023 | On **February 24, 2023**, approximately two weeks after becoming my manager, Justin commented negatively about my job performance in Workday. One of my previous managers had already submitted information for my performance review before Justin updated it. Justin made negative comments about my character and work performance and posted these comments on my successfully rated performance review | https://docs.google.com/document/d/1Mi5qO0j91JpFIGmfB_TWbxxyfm1Kc8ECsdhz9Ax6Urw/edit?usp=sharing |
| **Exhibit 8** | May 3, 2023 | **May 3, 2023**, I ask Gaurav (the Team Tech Lead/Trainer), by e-mail to include Mel Happi, who was a female member of management for my team (the Data Platform Team) in the May 4, 2023 meeting that he has called me to with himself and Shreyas. When I saw that Gaurav had called a meeting with only himself, Shreyas, and me I realized that the meeting was gender unbalanced and race unbalanced as both Gaurav and Shreyas are Indian men. So I requested that Mel, a female manager for the Data Platform team come to the meeting to | https://docs.google.com/document/d/1mf27PRzhqTMIO8McgE7euCtqJshGLhHuHL_P3xwYTZA/edit?usp=sharing |

| | | give the meeting more gender balance. I also requested that Justin come to the meeting. After I invited Mel to the meeting, Gaurav blocked Mel from coming to the meeting. | |
|---|---|---|---|
| **Exhibit 9a** <br> **Exhibit 9b** | May 4, 2023 <br><br> (This email is part of an email chain starting on May 4. <br><br> Original Email: <br> https://docs.google.com/document/d/16ku-nEdLhM8nvtO69wa-zwPUJdA-u6QbyvK1FsJO4p0/edit?usp=sharing <br><br> Email Replies in the Chain: <br> https://docs.google.com/document/d/13qkkBWMNYEgn--LulVDb91zSIqvCIQQHOLwszEcOo0A/edit?usp=sharing <br> https://docs.google.com/document/d/13H4v_u_IM0ZlTPYA1xKaourFjvrWw94q_P9fVbEqwvM/edit?usp=sharing <br> https://docs.google.com/document/d/16M4orRALxPFadU9hQkjxrRGYvqgs2zCOo1QP31MXGn4/edit?usp=sharing | On **May 4, 2023**, I made a complaint to Justin Kohley, my manager, that Gaurav Khowde, Team Tech Lead/Trainer) was displaying a bias toward me because he was rarely if ever reviewing my PR work while freely reviewing the PR work of my teammates.  Because Gaurav was the team tech lead, he had leadership responsibilities for all of the engineers on the team. (I was a minority on the team because I was an American software engineer working on the team.  This is because most of the members of my team including the managers for the team were from the country India and were male. ) | https://docs.google.com/document/d/16ku-nEdLhM8nvtO69wa-zwPUJdA-u6QbyvK1FsJO4p0/edit?usp=sharing |
| **Exhibit 10a** <br> **Exhibit 10b** | May 4, 2023 | Gaurav requested that I attend a gender unbalanced meeting that he invited me to where I was the only female in attendance.  This meeting occurred on **May 4, 2023**.  At this meeting, I was unfairly criticized by Gaurav, Shreyas, and | https://docs.google.com/document/d/16ku-nEdLhM8nvtO69wa-zwPUJdA-u6QbyvK1FsJO4p0/edit?usp=sharing |

| | | Justin about a CAB presentation that I presented. However, since neither Gaurav, Shreyas, or Justin attended my CAB presentation, they were not qualified to criticize it. The previous day, May 3, I asked Gaurav to include a female manager for the Data Platform team for this meeting to give it a better gender balance but Gaurav ignored my request and blocked the female manager from attending the meeting. He also refused to tell me what the meeting was about prior to my coming. In the meeting he and Shreyas falsely pretended that they were freely available to assist me and all that I needed to do was ask. In fact on May 17, I asked Gaurav for assistance and he refused. Please see the corresponding link for more evidence about the meeting. | |
|---|---|---|---|
| **Exhibit 11** | May 12, 2023 | On **May 12, 2023** in a chat message I told Shreyas that he was harassing me and treating me differently than my teammates. | https://docs.google.com/document/d/1wnic4YPeJeoXwN56O-rr-_sFWPvDCLFxW_2ZeBt86cw/edit?usp=sharing |
| **Exhibit 12** | May 16, 2023 | **May 16, 2023**, I worked with my teammate Prakhar on assignment ADEDT-987 on May 16, 2023 in this Zoom meeting. This was one of the multiple times that I collaborated with Prakhar on work. Later, Justin, my manager, will falsely claim in the disciplinary action(s) that he assigned me that I refused to work with my teammates on my assignments. | https://docs.google.com/document/d/1TUqXREQ812m38fBURCL-tMPBcWfD-A6AvpTWvs45oRQ/edit?usp=sharing |
| **Exhibit 13** | May 17, 2023 | **May 17, 2023**, Gaurav Khodwe, Team Tech Lead refused to work with me when I asked him. In the disciplinary action(s) that Justin falsified, Justin will accuse me of not working with Gaurav on my assignments, when actually Gaurav refused to work with me. Gaurav, declined to meet with me on May 17 after I repeatedly rescheduled a 1:1 meeting with him that was about work. 1:1 meetings were a time where I could ask him questions and get training with my Data Platform work | https://docs.google.com/document/d/1tlA41BZr5b7_HpcbfAN_cZ5eZL0z80jPihjOLrQP_uQ/edit?usp=sharing |

| | | assignments as Gaurav was the team Tech Lead and it was his responsibility to lead the team and assist with training. He also asked for the 1:1 connect meeting that I scheduled to be put off for about a month until mid June. This meant that, Gaurav, the Tech Lead was practically unavailable to meet with me to work with me during the time that I was working on the new job assignment ADEDT-987. Because Tech Lead Gaurav declined to meet with me from May 17 – June 15, I wasn't able to work with Gaurav during the time that I needed it. This occurred four days after I told Shreyas that he was harassing me in a chat that Gaurav could view on Microsoft Teams. However, in the May 4, 2023 recorded meeting, Gaurav, told me that he was available to assist me and that all that I had to do was ask. I asked Gaurav here to work with me and he said no. | |
|---|---|---|---|
| **Exhibit 14** | May 18, 2023 | I successfully presented my engineering work at Walmart to the CAB Board and received their approval for my work on May 18, 2023. This was needed to make changes in the production environment.  This was one of the many times that I presented my successful software engineering work publicly at Walmart and I am including it here as an example of my work quality. | https://docs.google.com/document/d/1SB5UcrKS06S-TeJRb-vL6j-ij4Y8Tbz5vxDufFjxLXA/edit?usp=sharing |
| **Exhibit 15** | May 22, 2023 | **May 22, 2023**, A Zoom meeting that I attended with my teammates Prakhar and Huize where the Digital Twin UI was discussed. During this time I was learning the new Digital Twin-UI Procedure(s) and they had both already done work in this area, so I attended this meeting to learn from them and assist them how I could. In the Disciplinary Action(s) that Justin falsified and placed on my permanent Walmart record, Justin inaccurately claims that I wasn't open to working with my teammates | https://docs.google.com/document/d/15VroBWTfpROfS9IKBvG3gMic235wiVRhc5DWlLOsE1A/edit?usp=sharing |

| Exhibit 16 | May 23, 2023 | On **May, 23,2023**, I reported that Shreyas was harassing me to Justin. Later, Justin would retaliate against me for reporting Shreyas. | https://docs.google.com/document/d/1txt7wRCH1600OvFjkVvgcFthIdb1H8t2Tze9UFTSQ84/edit?usp=sharing |
|---|---|---|---|
| Exhibit 17 | May, 29, 2023 | On **May 29, 2023**, I reached out to Naina, my female teammate, to work with me on assignment ADEDT-987 before she left Walmart.  I did this because we were all teammates and we were expected to work together on work and oftentimes we had to ask our engineering teammates to review our work before our work could officially be considered complete by Walmart. My ADEDT-987 assignment concerned building something new on top of something that Naina had already worked on, so I met with her to learn about what she knew about the code that I would be building my work on top of because it was important for me to know this in order to integrate my code into the overall Digital Twin UI team project that we were working on.  Justin will falsely claim in the disciplinary action(s) later that I refused to work with my teammates on my assignments. | https://docs.google.com/document/d/1wae9ntb4eFbYfFxNsJv7KQz09-uSxTPmEv7Qzq_0MhI/edit?usp=sharing |
| Exhibit 18 | May 31, 2023 | **May 31, 2023**, I became the only female engineer on the Data Platform Team after Naina, the only other female engineer, left to pursue other opportunities outside of Walmart. The engineers that remained on the team where Gaurav, Darshen, Kelli, Huize, Oluwaleke, Prakar | https://docs.google.com/document/d/1JHmLeT8nXCjua3ARC-BZtnTaiIsDJ9p1A7vrA0ai9QE/edit?usp=sharing |
| Exhibit 19a Exhibit 19b | May 31, 2023 | On **May 31, 2023**, Justin calls me to a meeting. The main topic of the meeting is that I was asked by Gaurav, Shreyas and Justin to provide timelines on tasks where I knew an honest timeline could not be given. I explained to my manager (Justin) that I had a religious conflict with providing dishonest information. I explained that I could not give an honest timeline so giving a dishonest timeline was a religious conflict for me. I also told them that I was unsure of the timeline and | https://docs.google.com/document/d/1LwafdnfXWP9oNdem5qi0_ULoMl8J_LI2fBKj41-OI90/edit?usp=sharing |

| | | that I would get the work done asap. On June 19, 2023, Justin penalized me for not providing a timeline and making complaints of harassment and discrimination with a yellow disciplinary action which he falsified. (Recording available) During this meeting Justin told me that he was going to start joining some of the Data Platform team meetings. | |
|---|---|---|---|
| **Exhibit 20** | May 31, 2023<br><br>Email chain starting on May 31 4:58 PM:<br>Original Email:<br>https://docs.google.com/document/d/19fZDqR5au5KsXfDltv4oDLmFBdf8SVTXZ23opVs0BXs/edit?usp=sharing<br>Email Replies in the Chain:<br>https://docs.google.com/document/d/1BePcjprqRWV3qeC05emFjonl2VH_ZF5pLycMmrzljAQ/edit?usp=sharing | After the meeting on **May 31, 2023**, Justin sends out an e-mail misquoting what I said during the May 31, 2023 meeting that he called me to and says that his inaccurate version of events is what happened in the meeting. | https://docs.google.com/document/d/19fZDqR5au5KsXfDltv4oDLmFBdf8SVTXZ23opVs0BXs/edit?usp=sharing |
| **Exhibit 21** | May 31, 2023 | On **May 31, 2023**, Justin inaccurately claims by e-mail that Gaurav is doing a great job at reviewing my PR work. On May 4, 2023, I made a complaint to Justin, my manager, that Gaurav was rarely if ever reviewing my PR work but he was reviewing my other teammates work. This meant that whenever I needed a PR work approval, I would have to rely on my other teammates instead. Since Gaurav was the Team Tech Lead, it was his responsibility. After I made a complaint to Justin and Justin talked to Gaurav. Later, Gaurav asked me if he could do a PR review for me for ADEDT-987. I agreed and he left a lot of PR visible review comments on my work but never approved my PR work. Justin will later falsely claim that the PR work that I did for ADEDT-987, which Gaurav reviewed was not good, | https://docs.google.com/document/d/13qkkBWMNYEgn--LulVDb91zSIqvCIQQHOLwszEcOo0A/edit?usp=sharing |

| | | and use this as an excuse to file disciplinary action(s) against me which I believe is in retaliation for me standing up against, and reporting bias, harassment and discrimination from Gaurav, Justin, and Shreyas | |
|---|---|---|---|
| **Exhibit 22** | June 1, 2023 | On **June 1, 2023**, I met with Huize Wang through a Zoom meeting to work on ADEDT-987 because he had prior experience with the new Digital Twin UI and I asked him questions about the Digital Twin UI procedure. Justin inaccurately claimed in the falsified disciplinary action(s) that I was not open to working with my teammates on my assignments. Justin also inaccurately claims in the falsified disciplinary actions(s) that Digital Twin UI work like ADEDT-1061 and ADEDT-987 should take 2-3 days for an experienced engineer and no more than 7 days for an inexperienced engineer. However on page 4 of this document you can see an image of an assignment that Huize worked on for the new Digital Twin UI where it took him 49 days to complete the assignment (ADEDT-730) although not all of his work has taken that long. Huize was not separated from his job on the Data Platform team as I was for not completing an assignment within 7 days by Justin, his manager and he was still working at Walmart at the time that I was terminated. | https://docs.google.com/document/d/1orCFYOfTWvx1TDHxYBMrzpGrHlL1Hl2CTpOoHozyrIM/edit?usp=sharing |
| **Exhibit 23** | June 1, 2023 | On **June 1, 2023,** I tell the Data Platform team that I will be recording a team meeting. | https://docs.google.com/document/d/16tGpG5srQrcaf1UHJ_arqgo-S7CiwFoOZiyE_2Fi03E/edit?usp=sharing |
| **Exhibit 24** | June 1, 2023 | On **June 1, 2023**. In a Team chat message that I sent to Justin, I told him that I will get ADEDT-987 completed as soon as possible, that I am unsure about the time, and I informed him that I have a religious conflict with providing dishonest information. | https://docs.google.com/document/d/1B4ascj_rMj4lvCLY0yrrtAIgfX8TUsWBkTXPKGC03Ys/edit?usp=sharing |

| | | | |
|---|---|---|---|
| **Exhibit 25** | June 2, 2023 | **June 2, 2023** Justin schedules a meeting to speak with me for June 2, 2023 from 10:30 AM - 11:00 AM Central Time | https://docs.google.com/document/d/1BVwbzAisQTbuuZy6otdloFjbWZjzD00IOTIFnW2oSPg/edit?usp=sharing |
| **Exhibit 26** | June 2, 2023 10:26 AM | On Friday, **June 2, 2023 10:26 AM**: I informed Justin that I would be recording 1:1 meetings moving forward to prevent being misquoted | https://docs.google.com/document/d/1kxDOC48mtdEFBIpCfSVC0WXnynun8PocUWJ7wVJG9N0/edit?usp=sharing |
| **Exhibit 27** | June 2, 2023,11:31 AM<br><br>Email chain starting on June 2, 2023,11:31 AM Original Email: https://docs.google.com/document/d/1KMwiDgIPs9_Hw618ilu7vijTHYd9ppDonBF5b3-TKKc/edit?usp=sharing<br><br>Email Replies in this Chain: https://docs.google.com/document/d/1XUrX2oMUUkzYVJlaRcNJ4c6m6WOKCJ3XpNgnxX5kROk/edit?usp=sharing<br><br>https://docs.google.com/document/d/1el7NQAnMYm_tlGUoEBIQs625m8mPRYQcjfg90pJ2Cpk/edit?usp=sharing<br><br>https://docs.google.com/document/d/18vRD-qllSRm9 | On **June 2, 2023, 11:31 AM** After the meeting Justin sends me an e-mail asking me for a work update by the end of the day, etc | https://docs.google.com/document/d/1KMwiDgIPs9_Hw618ilu7vijTHYd9ppDonBF5b3-TKKc/edit?usp=sharing |

| | | | |
|---|---|---|---|
| | x6IvT4b2fjNnoUOJODbHwtF460CxeMw/edit?usp=sharing <br><br> https://docs.google.com/document/d/15XvGQmDSRthloQPlisV4x_G3K3S0FyuOrSD5Dq1h_f8/edit?usp=sharing <br><br> https://docs.google.com/document/d/1QGnvcbWMYicFuAY0Zp9XOR3V7LETmjNj21yBABkzrVc/edit?usp=sharing <br><br> https://docs.google.com/document/d/1-ruGMVV_Tvx66OBAgtlTUSSPopAtLGTXaTIYrcMz500/edit?usp=sharing <br><br> https://docs.google.com/document/d/1aJUAlh8LzLcwYwjhTnPyJ595yBd_mPZ0qhMmI7UNpBk/edit?usp=sharing <br><br> https://docs.google.com/document/d/11Ka0-nNXFRSizEClWpt7NLvfTtN7xFvGoEYjx6mgraw/edit?usp=sharing <br><br> https://docs.google.com/document/d/1UOCCLYRyK0MSfS244CLB9Rb4t4Y9K4gNwL0xyyGUO8I/edit?usp=sharing | | |
| **Exhibit 28** | June 2, 2023, 2023, 3:59 PM | On **June 2, 2023, 2023, 3:59 PM** I sent Justin a work update email by the end of the day as he had requested. However in | https://docs.google.com/document/d/1XUrX2oMUUkzYVJlaRcNJ4c6m6W |

| | | the falsified disciplinary action(s) Justin will inaccurately claim that I refused to provide any progress updates and status about my work | OKCJ3XpNgnxX5kROk/edit?usp=sharing |
|---|---|---|---|
| **Exhibit 29** | June 5, 2023 | On **June 5, 2023** I informed the team that I would be recording regularly scheduled required team meetings | https://docs.google.com/document/d/1ozR1sCqBrQdm3agRcC1BXRakdmacUg820E4NRc0x6RI/edit?usp=sharing |
| **Exhibit 30** | June 5, 2023 | **June 5, 2023**. I reply to Justin's e-mail where he has misquoted me in the May 31, 2023 meeting and I explain that I have a religious conflict with providing dishonest information, etc | https://docs.google.com/document/d/1BePcjprqRWV3qeC05emFjonl2VH_ZF5pLycMmrzljAQ/edit?usp=sharing |
| **Exhibit 31** | June 5, 2023 | **June 5, 2023**, I reply to Justin's false claim that Gaurav is doing a great job reviewing my PR work, I also state that Justin is displaying a bias toward me and that Gaurav has not reviewed my PR's/work as much as my teammates as of this day, etc | https://docs.google.com/document/d/13H4v_u_IM0ZlTPYA1xKaourFjvrWw94q_P9fVbEqwvM/edit?usp=sharing |
| **Exhibit 32** | June 5, 2023 | **June 5, 2023**, Justin replies to my e-mail and continues to falsely insist that Gaurav is doing a great job reviewing my PR work | https://docs.google.com/document/d/16M4orRALxPFadU9hQkjxrRGYvqgs2zCOo1QP31MXGn4/edit?usp=sharing |
| **Exhibit 33** | June 6, 2023 | **June 6, 2023**, Justin replies to one of my emails and acknowledges that I have sent him a progress update, etc However, in the falsified disciplinary action(s) Justin will inaccurately claim that I refused to provide any progress updates and status about my work | https://docs.google.com/document/d/1el7NQAnMYm_tlGUoEBIQs625m8mPRYQcjfg90pJ2Cpk/edit?usp=sharing |
| **Exhibit 34** | June 7, 2023 | **June 7, 2023**, I reply to Justin by email and give a work status update about my work for ADEDT-987. I mention that his recent increase in criticism after I filed a complaint of harassment looks suspicious in this e-mail. I also attached the copies of the assignments for ADEDT-987 and ADEDT-1061 | https://docs.google.com/document/d/18vRD-qllSRm9x6IvT4b2fjNnoUOJODbHwtF460CxeMw/edit?usp=sharing |

| | | so that Justin could see what each assignment asked for. However in the falsified disciplinary action(s) Justin will inaccurately claim that I didn't provide any progress updates and status about my work | |
|---|---|---|---|
| **Exhibit 35** | June 7, 2023 | **June 7, 2023**, Justin replies to my email. In this e-mail he makes untrue claims. For example he suggests that I am not working with the team, however, by this time I had worked with Prakhar, Huize, and corresponded with Naina by chat message about my work before she left Walmart. Gaurav had refused to work with me although he would speak to me publicly and sometimes answer messages. Justin also criticized my work unfairly again. June 8, 2023, I replied to Justin's e-mail. I mention that the negative statements that he is making about me and my work are inaccurate. I copy my work status update about my work so that he can be best informed about my situation and ask him to read it with an open mind. Near the end of my e-mail, I again mention that his recent increase in criticism after I have complained about harassment looks suspicious. In the falsified disciplinary action(s) Justin will inaccurately claim that I didn't provide any progress updates and status about my work. | https://docs.google.com/document/d/1 5XvGQmDSRthloQPlisV4x_G3K3S0 FyuOrSD5Dq1h_f8/edit?usp=sharing |
| **Exhibit 36** | June 8, 2023 | **June 8, 2023**, I met with my teammate Prakhar in a Zoom meeting and collaborated with him about the new Digital Twin UI procedure for completing assignments. However, Justin has inaccurately claimed in the falsified disciplinary action(s) that I was not open to collaborating with my teammates on work. | https://docs.google.com/document/d/1 1d7dEBEBG1qzcBC6R8mcsFl82pXI 32LPbp5-ZIkMAAI/edit?usp=sharing |
| **Exhibit 37** | June 8, 2023 | **June 8, 2023**, I replied to Justin's e-mail. I mention that the negative statements that he is making about me and my work | https://docs.google.com/document/d/1 QGnvcbWMYicFuAY0Zp9XOR3V7 |

| | | | |
|---|---|---|---|
| | | are inaccurate. I copy my status update about my work so that he can be best informed about my situation and ask him to read it with an open mind. Near the end of my email, I again mention that his recent increase in criticism after I have complained about harassment looks suspicious. I provided another work update here by email, yet Justin will inaccurately claim in the disciplinary action(s) that I didn't provide any work updates. | LETmjNj21yBABkzrVc/edit?usp=sharing |
| **Exhibit 38** | June 8, 2023 | **June 8, 2023**, Justin replies to my email, dismisses my professional opinion and updates about my work and tells me that he is scheduling a connect meeting with me | https://docs.google.com/document/d/1-ruGMVV_Tvx66OBAgtlTUSSPopAtLGTXaTIYrcMz500/edit?usp=sharing |
| **Exhibit 39** | June 8, 2023 | **June 8, 2023**, I reply to Justin's email and agree to attend the meeting and I say that the meeting is part of his continued harassment that is getting in the way of me doing my work | https://docs.google.com/document/d/1aJUAlh8LzLcwYwjhTnPyJ595yBd_mPZ0qhMmI7UNpBk/edit?usp=sharing |
| **Exhibit 40** | June 14, 2023 | **June 14, 2023**, Justin sends me another email criticizing my work and it contains inaccurate information about me and expresses bias. He also asks for more work that was not asked for in the original assignment, makes false claims about the PR comments that Huize left, and asks for the new work to be completed within two days which did not give me enough time to learn how to do the work, do the work, and find someone who would agree to review and approve it | https://docs.google.com/document/d/11Ka0-nNXFRSizEClWpt7NLvfTtN7xFvGoEYjx6mgraw/edit?usp=sharing |
| **Exhibit 41** | Friday, June 16, 2023 | **Friday, June 16, 2023** – I respond to Justin's email. I give a progress work update in the email about ADEDT-987, I say that the work that I was originally asked to complete is | https://docs.google.com/document/d/1UOCCLYRyK0MSfS244CLB9Rb4t4 |

| | | | |
|---|---|---|---|
| | | probably already complete. I pointed out the inaccurate statements that he had accused me of, I told him that he was discriminating and harassing me and that my other teammates were not being treated the same way, etc (Note: most of my team took a PTO break during the time that I was working) | Y9K4gNwL0xyyGUO8I/edit?usp=sharing |
| **Exhibit 42** | Monday, June 19, 2023 | On **Monday, June 19, 2023**, **(Juneteenth)** Justin elected to issue a yellow disciplinary action against me, an African American woman. The yellow disciplinary action notice contained incorrect information about me and my work which is contributing to the defamation of my character. Justin also tried to blackmail me by telling me that unless I sent him a statement that he called an action plan which would acknowledge the yellow disciplinary action as true/reasonable he would file more disciplinary actions against me. As he had falsified the Yellow Disciplinary Action, it was not reasonable for me to endorse his inaccurate statements about me, so I did not send him the endorsing statement that he had requested. This Disciplinary action directly followed weeks of me telling Justin that I had experienced harassment, discrimination, and/or bias from himself as well as two managing members of the Data Platform team.  Those managing members were Shreyas and Gaurav. Below I have included a link to the falsified yellow disciplinary action that Justin placed on my permanent Walmart record. | https://drive.google.com/file/d/153Zcn555s8xmAKsAc7VmBXua35DgbJal/view |
| **Exhibit 43a** **Exhibit 43b** | Monday, June 19, 2023  Email chain starting on Monday, June 19, 2023, 4:59 PM | **June 19, 2023**, **(Juneteenth)** Justin sends me an e-mail after the disciplinary action meeting in which he accuses me of leaving the disciplinary action meeting, however, he leaves out a lot of information about his actions before I left the meeting that caused me to leave the meeting. He also does not acknowledge that he falsified the yellow disciplinary action | https://docs.google.com/document/d/1Gb2dpAAk-uwGwZBaTuY5QGXOtZkyjRhnOgGSJSMt67s/edit?usp=sharing |

| | |
|---|---|
| Original Email: https://docs.google.com/document/d/1Gb2dpAAk-uwGwZBaTuY5QGXOtZkyjRhnOgGSJSMt67s/edit?usp=sharing<br><br>Email Replies in this Chain:<br>https://docs.google.com/document/d/1Gb2dpAAk-uwGwZBaTuY5QGXOtZkyjRhnOgGSJSMt67s/edit?usp=sharing<br><br>https://docs.google.com/document/d/1qeFCJa4Sv9Qday_Ja88RMjwJ_6hAQwoUyt4-0kZ-7_Y/edit?usp=sharing<br><br>https://docs.google.com/document/d/1O8ookPrrcaVbetipEmb6WBw1fRiridEGOwufab0SzoU/edit?usp=sharing<br><br>https://docs.google.com/document/d/1vuDcp6wY6UNM5lu05uIWVEe7qS1M_Vs-oUqYNgscnVw/edit?usp=sharing<br><br>https://docs.google.com/document/d/1mfBk1yEQGnQRILnTl8_rSAu7wsg3ULiLls_5WEU9wUA/edit?usp=sharing<br><br>https://docs.google.com/document/d/1daumM59P4lq | with inaccurate information about me and my work, he also says that the disciplinary action that he falsified identifies areas in which I can improve and requests that I send him an action plan about how I will improve my performance, etc |

| | | | |
|---|---|---|---|
| | CBEiJNzkGFOsisD59lBO2xTqUuBR_kKY/edit?usp=sharing<br><br>https://docs.google.com/document/d/1b5-wzoHoO21562O1q9_MV1XbkJl9maWA7xNI6vdgoy4/edit?usp=sharing | | |
| **Exhibit 44** | Monday, June 19, 2023 | **June 19, 2023**, After the Disciplinary Action, I obtained a reviewer who agreed to approve my work so that I could submit the work that I had completed for ADEDT-987 which allowed me to mark the assignment as completed/resolved. That reviewer was Huize | https://docs.google.com/document/d/1G5pNg6DEzKSjpxUZR3MlECnZXGbMGHQVYwKDNrimWts/edit?usp=sharing |
| **Exhibit 45** | June 20, 2023 | **June 20, 2023**, I respond to Justin's email that he sent on June 19, 2023 and tell him that I need time to think | https://docs.google.com/document/d/1qeFCJa4Sv9Qday_Ja88RMjwJ_6hAQwoUyt4-0kZ-7_Y/edit?usp=sharing |
| **Exhibit 46** | June 22, 2023 | **June 22, 2023**, I sent a zoom meeting request to my teammates Huize and Gaurav(Team Tech Lead), to meet with me to work on ADEDT-1061. Huize came to my meeting and we collaborated on the work for about 30 minutes. Gaurav did not come to my meeting. After the meeting Huize reached out to me through a chat message on Microsoft Teams and sent me some information via chat that he said came from Gaurav. However, Justin has inaccurately claimed in the falsified disciplinary action(s) that I was not open to collaborating with my teammates and the Team Tech Lead,Gaurav, on work. | https://docs.google.com/document/d/148biuq9chn1XLRVJwbAMDywe3U5x6qj59lEgo_olIkw/edit?usp=sharing |
| **Exhibit 47** | June 23, 2023 | **Friday, June 23, 2023**, After falsifying one disciplinary action against me, Justin sends an e-mail threatening me with another disciplinary action, etc | https://docs.google.com/document/d/1O8ookPrrcaVbetipEmb6WBw1fRiridEGOwufab0SzoU/edit?usp=sharing |

| | | | |
|---|---|---|---|
| **Exhibit 48** | June 23, 2023 | **Friday, June 23, 2023**, I met with my teammate Prakhar in a Zoom meeting and collaborated with him about the new Digital Twin UI procedure for completing assignment ADEDT-1061. However, Justin has inaccurately claimed in the falsified disciplinary action(s) that I was not open to collaborating with my teammates on work. | https://docs.google.com/document/d/1H9GbfTT6JLSEy9FLx7panRskqHlyvb0QrhiAFWtXM8s/edit?usp=sharing |
| **Exhibit 49** | Monday, June 26, 2023, 6:44 AM | **Monday, June 26, 2023, 6:44 AM**, I respond to Justin's email where he is asking for my response to the falsified disciplinary action and I tell him that the disciplinary action contains inaccurate information, that he has made requests of me that are against my religion, that he discriminated against me by filing the yellow disciplinary action, etc | https://docs.google.com/document/d/1vuDcp6wY6UNM5lu05uIWVEe7qS1M_Vs-oUqYNgscnVw/edit?usp=sharing |
| **Exhibit 50** | Monday, June 26, 2023, 6:48 AM | **Monday, June 26, 2023, 6:48 AM**, I respond to Justin's email of June 19, 2023 (Juneteenth)where he emailed me after the disciplinary action meeting and accused me of leaving the disciplinary action meeting, however, he left out a lot of information about his actions before I left the meeting that caused me to leave the meeting. In my response e-mail, I reminded Justin that I had told him before arriving at the meeting that I would have to record it in order to participate as Justin had misquoted me in the past. I also told him that I felt uncomfortable because he had called a 1:1 meeting with me, invited someone else to the meeting, did not tell me what the meeting was about in advance, and entered in incorrect information into a disciplinary action that he filed against me that has contributed to the defamation of my character, I also stated that after both Justin and the other meeting attendee who he had invited both said that they objected to being recorded during the meeting, I left the meeting. | https://docs.google.com/document/d/1mfBk1yEQGnQRILnTl8_rSAu7wsg3ULiLls_5WEU9wUA/edit?usp=sharing |

| | | | |
|---|---|---|---|
| **Exhibit 51** | Monday, June 26, 2023 | **Monday, June 26, 2023**, Justin tries to blackmail me into writing an action plan that will endorse the inaccurate statements that he has written about me in the falsified Yellow Disciplinary Action as true. He threatens me by saying he will file more disciplinary actions against me if I don't comply with his demands | https://docs.google.com/document/d/1daumM59P4lqCBEiJNzkGFOsisD59lBO2xTqUuBR_kKY/edit?usp=sharing |
| **Exhibit 52** | Tuesday, June 27, 2023 | **Tuesday, June 27, 2023**, I invited my teammate Prakhar to a Zoom meeting and we collaborated about the new Digital Twin UI procedure for completing assignment ADEDT-1061 for the API portion of the work. However, Justin has inaccurately claimed in the falsified disciplinary action(s) that he has placed on my permanent Walmart work record that I was not open to collaborating with my teammates on work. | https://docs.google.com/document/d/10oIbehqQhzUxMQjmJEu4U0tqCPCiFXAOSql-5Y_eCLM/edit?usp=sharing |
| **Exhibit 53a Exhibit 53b** | June 27, 2023 | **June 27, 2023** – I Attempted to resolve the issue within Walmart by filing a complaint with Walmart about Justin unfairly assigning me a Yellow Disciplinary Action and also reporting some of the other incidents of harassment and discrimination through the Walmart Open Door program. I filed case(s) through this program disputing the Yellow Disciplinary Action, reporting the harassment and discrimination and or bias that I had faced from Justin, Shreyas, and Gaurav. I also asked Walmart to remove the Disciplinary Action from my record and stop Justin from taking more adverse actions against my work record | https://docs.google.com/document/d/1b5-wzoHoO21562O1q9_MV1XbkJl9maWA7xNI6vdgoy4/edit?usp=sharing |
| **Exhibit 54** | June 27, 2023 or June 28, 2023 | **June 27, 2023 or June 28, 2023** – Justin organizes the departmental team building event and sends it out to our entire department. He uses everyone else's Walmart Work email address or the Walmart | https://docs.google.com/document/d/1 |

| | | | |
|---|---|---|---|
| | | Digital Campus Distribution List to send their email message but he chooses to use my personal g-mail in a way that is visible to everyone who receives an invitation to the team building event. By singling me out and using my personal gmail instead of my Walmart Work email, it insinuated to a large group of people that I don't work for Walmart, and sent me and everyone else a public message that my career at Walmart was on thin ice. Here Justin discriminated against me by singling me out and using my personal email address of kelli.j.lee@gmail.com instead of my Walmart Work e-mail which was kelli.lee@walmart.com<br><br>(Here I was harassed, bullied and publicly shamed by my manager) | nQVvuZmHRd1UBRfgAXo6acvtpj_qdxhIb9TkpGrpRz0/edit?usp=sharing |
| Exhibit 55 | June 28, 2023 | **June 28, 2023**, Shreyas Lele, Manager/Product Owner for the team blocks me from working on two assignment cards that would have simplified my work. I requested that Mel, the Technical Project Manager for our team, create the assignments that would break the work that I was required to do down in pieces so that it could be completed quicker. One card was to give the group transparency about the research that I would need to do to learn the new UI procedure and the other assignment card was for adding the accessibility work that would be needed. Being able to complete those assignments would have given me more time to complete the research and learn the new UI procedure for this work before being asked to turn work in. Mel agreed to my request and she created each assignment for me. However, Shreyas, was unwilling to work with me and he sent me Justin, Gaurav, Mel a message saying that he was closing those assignments and that I was expected to just do the work as part of my current assignments. This did the following 1) It didn't give me enough time to learn the procedure on the work 2) It also made it look like I wasn't working on as many tasks as I actually was because I wasn't getting credit for the work that he closed. | https://docs.google.com/document/d/16VDZ1tlLwG-Vf00z3IMgQhf1E0JHbtnD7KpWkP2fO1w/edit?usp=sharing |

| Exhibit 56 | July 4, 2023 | **July 4, 2023**, I needed to learn a new procedure on the new Digital Twin UI to complete ADEDT-1061, so I called my teammate Prakhar to a Zoom meeting for help. I asked Prakhar because he had prior experience with the new Digital Twin UI. Prakhar came to the meeting and I asked him questions about the Digital Twin UI procedure. Some of Prakar's work surrounding the new Digital Twin UI has taken several weeks to complete. However, in the falsified disciplinary action(s), Justin inaccurately claims that Digital Twin UI work like ADEDT-1061 and ADEDT-987 should take 2-3 days for an experienced engineer and no more than 7 days for an inexperienced engineer. Justin also inaccurately claimed in the falsified disciplinary action(s) that I was not open to working with my teammates which was also untrue as proven in the evidence here | https://docs.google.com/document/d/1-KV2q4VIR1mIZxAqToBYhZZbJUpqS9w7jTWERdi5LME/edit?usp=sharing |
| **Exhibit 57a** **Exhibit 57b** | July 6, 2023 | **July 6, 2023**, I spoke with a member of the Walmart Open door team by phone for about an hour to dispute the falsified yellow disciplinary action that Justin had filed. I also reported the harassment and discrimination that I had faced from Justin, Shreyas, and Gaurav. The member of the Open Door Team requested Sara Pollard, Justin's Manager, to set up a meeting with me so I could report my concerns to her. I was also instructed to reach back out to the representative from open door if I didn't hear from Sara by the middle of the following week to report my concerns to her. Sara Pollard was also Shreyas Lele's Manager. | https://docs.google.com/document/d/1xsrfrnKCbCJ3eL61rsubuZtKjgQZJPHDtcjJvg7JY3k/edit?usp=sharing |
| **Exhibit 58a** **Exhibit 58b** | July 6, 2023 | **July 6, 2023**. Discrimination by Shreyas Lele during a Data Platform team meeting. The names on this day were as follows: Darshan, Gaurav, Huize, Kelli, Luis, Oluwaleke and Prakhar. All engineers were present in the online meeting except for Darshan, who would have been first if he were present. Since no one had work to demo first, Shreyas, the Product Owner, for the Data Platform team started calling the engineers to give work progress updates in alphabetical order from left to right. Each update had the potential to generate side discussions between those present on the call. Gaurav gave the | https://docs.google.com/document/d/1nGpL1xVwiR_fhE4W9xLM0TizyGBFPQ6y9B0oTJIKaxE/edit?usp=sharing |

| | | first update since Darshan was not present, then Huize was called as his name came next. Then instead of calling my name next after Huize as Kelli would have come next in the alphabetical listing, Shreyas moved to the last name on the board and started working his way backward by calling the engineers in reverse alphabetical order. So instead of calling me he called Prakhar, and then he called Leke, and then he called Luis, the intern, and then he finally called me (Kelli) last after everyone else had given their work updates. Shreyas called the only female engineer on the team last after the men and he also called engineers with less seniority and experience before he called my name. | |
|---|---|---|---|
| **Exhibit 59** | July 11, 2023 | **July 11, 2023**, I noticed that the Walmart Open Door Program had closed my case disputing the falsified yellow disciplinary action and I hadn't heard from Sara to report my concerns to her, so I left voicemail(s) for the open door program representative and sent an e-mail asking for them to reopen my case because I had not heard from Sara to report my concerns. | https://docs.google.com/document/d/1Isr8XDqhE7JIWgq064MIQgq59hkvuhJTDQ45jeKD0CE/edit?usp=sharing |
| **Exhibit 60** | July 11, 2023 | **July 11, 2023**, I was contacted by Sara Pollard about my open door concern and she scheduled a meeting to address my open door concern for Thursday, July 13 from 10:30 AM-11:00 AM. | https://docs.google.com/document/d/11FrGImBXE4LZAdFwmQSnQSTKyitle3VW0ENRrANn7Ic/edit?usp=sharing |
| **Exhibit 61a Exhibit 61b** | July 13, 2023 at approximately 10:30 AM-11:30AM | **On July 13, 2023** at approximately 10:30 AM-11:30AM, I presented my open-door concerns to Sara Pollard giving her a document that showed evidence that: 1.) the yellow disciplinary action filed against me had been falsified, 2.) that I had faced harassment and discrimination on my job, and 3.) I asked her to remove the yellow disciplinary action from my record and to assign me a new manager other than Justin or Shreyas. I also told her that if changing Justin from being my manager meant moving to another team I didn't mind | https://docs.google.com/document/d/1ywOj8x2c-R5dvoyT9h7HqwDSEt0dQ8OTB40u0Xzd81M/edit?usp=sharing |

| | | as long as the position that I would be moving to would be a Software Engineer III or higher. | |
|---|---|---|---|
| **Exhibit 62** | July 13, 2023 | **July 13, 2023** –Justin cancels a regularly scheduled biweekly 1:1 online Teams meeting that he had created to manage me and sent me a message saying that he will reschedule the meeting for early next week. This occurred on the same day that I submitted an open door concern to Sara Pollard about Justin unfairly filing the Yellow Disciplinary Action against me and I asked her to take action to remedy it on my behalf. I believe that Sara told Justin that I was disputing the Disciplinary action that he had unfairly assigned me and that he had decided to reschedule our online meeting to an in person meeting as I believe that it is a rule that if you want to take formal action against someone you have to meet them in person. This suggests retaliation by Justin because I used the Walmart open door process to report his actions | https://docs.google.com/document/d/1ZhoqUou_mWijZx9g_yZNwy7Zzfergrqj1MbKdF0pHkw/edit?usp=sharing |
| **Exhibit 63** | Friday, July 14, 2023 at 12:44PM | **Friday, July 14, 2023 at 12:44PM**, I received an invitation to join an online zoom meeting from Sara Pollard stating that she had reached a decision about my open door concern. You can confirm the time that Sara sent the meeting to me by viewing the image in the link and seeing that the Open door decision meeting was sent on Friday 7/14/2023 at 12:44 PM in the image. Please increase the zoom to 200% if necessary to view this text in the image | https://docs.google.com/document/d/1sN41JRoTwvFd7kFBcNWIcvi65eRWBGy6R7LZOwrd49k/edit?usp=sharing |
| **Exhibit 64** | Friday, July 14, 2023 at 12:46PM<br><br>**Email chain starting on** Friday, July 14, 2023 at 12:46PM<br><br>**Original Email or Message:** | **Friday, July 14, 2023 at 12:46PM**, <u>Two minutes</u> after I receive a notice from Sara Pollard stating that she had made a decision on my open door case, Justin Kohley sent me an invitation to join him for a meeting scheduled for Monday, 17, 2023 in the morning in a blind office.  The purpose of Justin's meeting was to fire/separate me from my job on the Data Platform Team. Monday, July 17, 2023 was the next business day | https://docs.google.com/document/d/189_WIo8oq_AE9IbOTK91ZGjV4Ig5vGoy1NtEyGdS4g0/edit?usp=sharing |

| | https://docs.google.com/document/d/189_WIo8oq_AE9IbOTK91ZGjV4Ig5vGoy1NtEyGdS4g0/edit?usp=sharing<br><br>Email Replies in this Chain:<br>https://docs.google.com/document/d/1ZaxvdCMzp8nOTT6XfN8VMZ4miw0B8HmkAI9jszwzUFI/edit?usp=sharing | after the Friday, July 14 meeting that Sara Pollard had invited me to where she would tell me her decision about my open door concern that I had reported concerning Justin, Shreyas, and Gaurav. I believe that Sara and Justin were both in communication at this time and I believe that Justin retaliated against me by separating me from my job for the following reasons 1) asking his manager Sara Pollard to remove the falsified Yellow Disciplinary Action that he had unfairly assigned me from my Walmart Work Record, 2) reporting him to Walmart open door for harassment and discrimination, and 3) asking that he no longer be my manager. (You can confirm the time that Justin sent the meeting request to me by viewing the image in the link and seeing that Justin's meeting was sent on Friday 7/14/2023 at 12:46 PM in the image. Please increase the zoom to 200% if necessary to view this text in the image) | : |
| **Exhibit 65a**<br>**Exhibit 65b** | Friday, July 14, 2023, 2:15 PM - 2:30 PM | **Friday, July 14, 2023, 2:15 PM - 2:30 PM**, I attended the open door decision meeting that Sara Pollard called me to. In the meeting Sara Pollard told me that she was going to uphold the yellow disciplinary action and stated that Justin would remain my manager, etc. | https://docs.google.com/document/d/1avviZnSPgXiktVAVBGGUQFgYD3Ypi3_POKOavoC2hso/edit?usp=sharing |
| **Exhibit 66** | Friday, July 14, 2023 | **Friday, July 14, 2023**, I sent my teammate Huize a message and arranged a Zoom meeting for Tuesday, July 18, 2023 at 11:00AM to collaborate on the best ways to complete the ADEDT-1061 assignment.<br>However, Justin has inaccurately claimed in the falsified disciplinary action(s) that he has placed on my permanent Walmart work record that I was not open to collaborating with my teammates on work. | https://docs.google.com/document/d/19vzCjEuSSHtzVNmAJAUfwe2CT8BLknPA-cs6hiGhp2E/edit?usp=sharing |
| **Exhibit 67** | Friday, July 14, 2023 | **Friday, July 14, 2023**, I sent my teammate Prakhar a message to arrange a Zoom meeting to collaborate on the work for ADEDT-1061. However, Justin has inaccurately claimed in the falsified disciplinary action(s) that he has placed on my permanent | https://docs.google.com/document/d/1vTNAb3ftIG0ZfcUKdCNBNkaE2X7Zza-sGFQFanF-r8A/edit?usp=sharing |

| | | Walmart work record that I was not open to collaborating with my teammates on work. | |
|---|---|---|---|
| **Exhibit 68** | Monday, July 17, 2023 – around 7:00 AM | **Monday, July 17, 2023 – around 7:00 AM** in the morning By then I had realized that the conference room that Justin reserved for his meeting with me for Monday, July 17, 2023, between 9:30 to 10:30 am was a blind conference room whereas most of the conference rooms that I have noticed at Global People Center have glass walls and doors. Also the room was away from most foot traffic making it unsafe for me especially after the harassment and discrimination that I have faced from Justin. Well before the meeting was to take place, I sent Justin an email insisting that we meet in a safer location, and I received no response to that email. During the time that the meeting was scheduled, I went to the hallway outside the blind room and insisted that he come out and meet in an open space which he reluctantly did. In the falsified Orange Disciplinary Action, Justin will unreasonably criticize me for not meeting with him in his blind office | https://docs.google.com/document/d/1ZaxvdCMzp8nOTT6XfN8VMZ4miw0B8HmkAI9jszwzUFI/edit?usp=sharing |
| **Exhibit 69a Exhibit 69b** | Monday, July 17, 2023, between 9:30 AM to 10:30 AM | **Monday, July 17, 2023, between 9:30 AM to 10:30 AM**, On the next business day after speaking with Sara Pollard and receiving her open door decision concerning disputing the falsified yellow disciplinary action that I had received from Justin and reporting harassment and discrimination from, Justin, Shreyas, and Gaurav, Justin retaliated and told me that I was being separated from my job on the Data Platform Team and requested that I leave the building where I worked (Walmart Global People Center) and not return to that building or any of the Walmart buildings. He also said that I was being placed on a job search to find a job within Walmart or elsewhere and that if I didn't find a job within Walmart in 45 days (by Sept 1, 2023) I would be terminated. I requested that Justin put the job separation in writing. Justin sent me an email stating the terms of my job separation before I left the building. I read his email detailing my job separation and then I left the building (Walmart | https://docs.google.com/document/d/15nWNRDjXpmtbfk_CW4ZVzaNlmIic4w6xOycxW3mBNdc/edit?usp=sharing |

| | | Global People Center) where I had been working. When I left it was still in the morning on July 17, 2023, at approximately 10:30 AM. | |
|---|---|---|---|
| | Monday, July 17, 2023 | I sent my teammates Huize and Prakhar messages canceling my meetings with them to work on ADEDT-1061 and wishing them both the best of luck | |
| **Exhibit 70** | Monday, July 17, 2023, 12:19 PM | **Monday, July 17, 2023, 12:19 PM**, Justin removes me from the Data Platform Team chat. Justin inaccurately claimed in the falsified disciplinary action(s) that I was unwilling to work with the team, however, Justin was the one who was unwilling for me to work with the Data Platform Team | https://docs.google.com/document/d/1R4SMbCNrriTvNXhTksGKYDfimIZIX0Jp-N_QT7Pekts/edit?usp=sharing |
| **Exhibit 71a Exhibit 71b** | July 17, 2023 8:55/9:55 PM | **Later that night at about 8:55/9:55 PM on July 17, 2023,** Justin created a falsified Orange Disciplinary Action which was inconsistent with the email that he had sent me early in the morning on July 17, 2023, at approximately 10:00 AM. His email said that if I continued in good standing with the company, I would be eligible for rehire. The Orange Disciplinary Action also contained inaccurate information about me and my work (as did the previous Yellow Disciplinary Action notice) It also criticized me for not endorsing the inaccurate information about me in the first Yellow Disciplinary Action notice. Justin did not tell me that he planned to assign an Orange Disciplinary Action to me when he met with me in the morning on July 17, 2023. However, in the Orange Disciplinary Action notice Justin inaccurately claimed that he had discussed the Orange Disciplinary Action with me in the morning on July 17 during my separation call meeting. The Orange Disciplinary Action did not receive official approval from a Walmart representative until July 18, 2023, which was well after I had been separated from my job and left the building on the morning of July 17, 2023. The two disciplinary | https://drive.google.com/file/d/1-IlvvAoAUHLacTQzFcEeSLXPWYWxEZif/view<br><br><br>https://docs.google.com/document/d/1ytToh0WiY3PIK2N_eN3-xd8-MBNZp_0xclKFwrE9Mlw/edit?usp=sharing |

| | | actions that Justin falsified against me are visible on my permanent Walmart employment record and can<br>deter other managers within Walmart or others from hiring me. | |
|---|---|---|---|
| **Exhibit 72** | July 24, 2023 | After I was separated from my job on the Data Platform Team the assignment ADEDT-1061 that I was working on was cloned/copied and an identical assignment to it was given to my male Indian teammate Prakhar. His identical assignment was called ADEDT-1194. Because Prakhar had already collaborated with me on my identical assignment he already had a head start in completing his work. He officially started work on ADEDT-1194 on July 24, 2023. He completed his work on August 16, 2023. This means that Prakhar officially took 23 days to complete his work. Prakhar was still working on the team as of 8/19/23 while I was separated from my job and told that I didn't meet the team standard of 2-3 days to complete my work in the falsified disciplinary action(s) that Justin placed on my permanent Walmart record. Justin discriminated against me, the only African American and female engineer on the Data Platform team,<br>by not treating me the same as my male teammates and applying a work standard to me that was not applied to everyone else and he used this discriminatory standard to help separate me from my job on the Data Platform Team. This discriminatory act was just one of many others that I faced while working on the team | https://docs.google.com/document/d/1dz3TfBH2a5hFDGuWuvWPerum10Ha62JQwxkAeCsI7_o/edit?usp=sharing |
| | September 1, 2023 | I was terminated from Walmart employment on **September 1, 2023**. Justin's email in the morning on July 17, 2023, stated that I had 45 days (until September 1, 2023) to find another job within Walmart or I would be terminated from Walmart employment. But the falsified Disciplinary Action(s) that he has placed on my permanent Walmart record can deter other managers within Walmart or elsewhere from hiring me | |

## Other Evidence

| | Description | Linked Evidence |
|---|---|---|
| **Exhibit 73** | Summary of Discrimination and harassment events that I faced on my job as a Software Engineer III at Walmart Global Tech | https://docs.google.com/document/d/1MkVanU-kFflfrxzcGA-xn8ltRQzPdmdo/edit?usp=sharing&ouid=114291811667171811706&rtpof=true&sd=true |
| **Exhibit 74** | My Right to Sue Letter from the EEOC | https://drive.google.com/file/d/12MFcVAXDua_GIc57wcKRL760Lh3wsWLG/view?usp=sharing |
| **Exhibit 75** | Over 30 pages of supporting evidence and images showing me working with my teammates and/or people on related teams at Walmart. | https://drive.google.com/file/d/1hX17mx6qWTO_zxK-td95oEoiP-XGrO3F/view?usp=sharing |
| **Exhibit 76** | Assignments that I worked on from May 1 to July 17 | https://docs.google.com/document/d/1uRaF-XojAMF3YmDpuqLcFh5QGuJQq1bnvdQ-EpXhQx4/edit?usp=sharing |

| Exhibit 77 | I have included over 30 assignments in this link where the male engineers on the Data Platform team have taken at least two weeks or more to complete their Data Platform work. All of these male engineers are still working on the team as of 8/19/23 while I was separated from my job and told that I didn't meet the team standard of 2-3 days to complete my work in the disciplinary action(s) that Justin falsified against me. Justin discriminated against me by not treating me the same as my male teammates and applying a work standard to me that was not applied to everyone else and he used this discriminatory standard to separate me from my job. | https://docs.google.com/document/d/1qAz9In6zYWYRjwrgSe-6PLCjiivAFmrN-t2KSFYJaMY/edit?usp=sharing |
|---|---|---|
| Exhibit 78 | Proof that I completed ADEDT-987 assignment | https://docs.google.com/document/d/1ECXjdFJQVMsoe-v6HN0b6bZ7guIOsZR6WboTg4cyMYc/edit?usp=sharing |
| Exhibit 79 | EEOC Charge | https://drive.google.com/file/d/12CLLiJGfJD2ZNLm2G-FIEASDebXQ2dxI/view?usp=sharing |
| Exhibit 80 | Positive Residential References Contradicting Defendant's Characterization | https://docs.google.com/document/d/1eVbJE3p6wglw62NaR46cTI61kB3ISVJKimKTGBoD950/edit?usp=sharing |
| Exhibit 81 | EEOC Position Statement | https://drive.google.com/file/d/1KrJ7Umqz4TAq-6R8a3owy1rTb3eoqaOW/view?usp=drive_link |

| Exhibit 82 | EEOC Rebuttal to Position Statement - Walmart's position statement contains a lot of false information, and it was therefore necessary for me to file the linked rebuttal to their position statement with the EEOC | https://drive.google.com/file/d/1AesgU61_S9eeXssZ8YOK7122Qsb6tWZW/view?usp=drive_link |
| --- | --- | --- |
| Exhibit 83 | EEOC Supplemental Information | https://drive.google.com/file/d/18M9g7pcm3Yzg660oPvzwaODkycGNWIjn/view?usp=sharing |
| Exhibit 84 | It appears that my position as a Software Engineer III on the Data Platform team has been filled by an Indian male by the name of Shubhang Shah who started work shortly after I was officially terminated. The team was already predominantly Indian and male. | https://docs.google.com/document/d/1tg5Nc7J_2SZC1nDCndtXO2ILvELDH1jR5Q72F6IDNwE/edit?usp=sharing |
| Exhibit 85 | The following are my thoughts about what I would really like to be part of a settlement agreement if one occurs for my case.  I am open to discussion about this list. | https://docs.google.com/document/d/1oVl16uPyJKdEMV2a-ajqTSuLhksyWDEkuEK_fFIuYR4/edit?usp=sharing |

| Exhibit 86 | Walmart Global Discrimination & Harassment Prevention Policy | https://drive.google.com/file/d/1wOkj0Acz32kArFAOvt9yxWlPh23rwSMj/view |
| --- | --- | --- |
| Exhibit 87 | Walmart Disciplinary Action Policy Information | https://drive.google.com/file/d/12a1oF6L3wTozXSSnaSzMGIY7_enBT7hE/view |
| Exhibit 88 | Walmart Code of Conduct (Downloaded 10-5-25) | https://drive.google.com/file/d/1ibf2LN3VymhJ-QDc9Q-gVAH2MZQWjLyo/view?usp=sharing |

**Data Platform Team between May 30, 2023 - July 17, 2023**

| Name | Role | Seniority | Ethnicity |
|---|---|---|---|
| Shreyas Lele | Manager/Product Owner | Joined January 2023 | Indian |
| Gaurav Khowde | Software Engineer IV/Team Tech Lead | Was working on the team before I joined | Indian |
| Lukeshini Reddy | Manager (I think she is a Technical Project Manager) | Joined the team a little before July 17, 2023 | Indian |
| Mel Happi | Technical Project Manager | Joined about January 2023. I think that Shreyas said that Mel would be leaving the Data Platform Team | African American |
| Naina Dhanwani | Software Engineer IV | She left Walmart on May 31, 2023 to pursue opportunities outside of Walmart…was on the team before I joined | Indian |
| Prakhar Mehdrotra | Software Engineer III | Was working on the team before I joined | Indian |
| Darshan Umashankar | Software Engineer III | Was working on the team before I joined | Indian |
| Kelli Lee | Software Engineer III | I joined in May 2022 | African American |
| Huize Wang | Software Engineer III | Joined December 2022 | Appeared to be Chinese |
| Oluwaleke Odewuyi | Software Engineer II | Joined October 2022 | African |
| Luiz Hernandez | Intern | Joined the team a little before July 17, 2023 and will probably leave the team | Not sure of his Ethnicity |

| | | in Fall 2023 when school starts | |
|---|---|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on Tim Hutchinson and Mallory Shamoon, attorneys for Defendant, via email on October 6, 2025.

Dated: October 6, 2025

Respectfully submitted,

Kelli Lee

Pro Se Plaintiff

 905 W. Rock St.

Morrilton, AR, 72110

(501) 438-9330


kelli.j.lee@gmail.com

 Gmail

**Kelli J. Lee <kelli.j.lee@gmail.com>**

---

## Plaintiff's Supplemental Discovery Responses – Lee v. Wal-Mart Stores Arkansas, LLC, Case Number 5:24-CV-05190
1 message

---

**Kelli J. Lee** <kelli.j.lee@gmail.com>                                                      Mon, Oct 6, 2025 at 10:01 AM
To: Timothy Chad Hutchinson <thutchinson@rmp.law>, Mallory Shamoon <mshamoon@rmp.law>
Bcc: "Kelli J. Lee" <kelli.j.lee@gmail.com>

  Attached_Exhibits_for_Plaintiff_Supplemental_
Discovery_Responses.zip

To:  Walmart Counsel,

Please find attached Plaintiff's Supplemental Discovery Responses to Defendant's First Set of Interrogatories and Requests for Production, served pursuant to Fed. R. Civ. P. 26(e).

This production includes an updated Timeline of Events with references to attached exhibits and supporting materials and is offered as an addition to Plaintiff's previously served (August 26, 2025) Amended Discovery Responses.

Audio recordings referenced in the timeline are provided via secure download links included in the document(s).

Respectfully,

Kelli J. Lee

Pro Se Plaintiff

---

📄 **Plaintiff_Supplemental_Discovery_Responses.pdf**
889K