**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                      **PLAINTIFF**


**v.**                                           **Case No.  5:24-CV-05190**


**WAL-MART STORES ARKANSAS, LLC**                                          **DEFENDANT**



**NOTICE OF JANUARY 5, 2026 EXHIBITS A–D SUBMITTED ON PHYSICAL MEDIA**
**FOR COURT REFERENCE**

Plaintiff, proceeding pro se, respectfully submits this Notice solely to clarify the record regarding

the formatting of certain exhibits filed with the Court on January 5, 2026, as part of *Plaintiff's*

*Notice to Clarify the Record Regarding Disputed Document Compilations*.


Plaintiff prepared and submitted **Exhibits A–D** in landscape orientation, containing embedded

hyperlinks intended to assist navigation and reference throughout the exhibits. After filing,

Plaintiff observed that the versions of **Exhibits A–D** appearing on the docket reflect rotation to

portrait orientation and other formatting changes applied during processing, which rendered all

embedded hyperlinks nonfunctional. Plaintiff further observed that the rotation altered the

reading orientation of the text, such that portions of the exhibits no longer read in their original

left-to-right format.


These changes were not made by Plaintiff and materially affect the usability of the exhibits as

originally submitted. Upon discovering the issue, Plaintiff promptly notified the Clerk's Office.

Plaintiff has also mailed a USB drive containing all **Exhibits A–D** in correct landscape

1

orientation with all links intact and functioning as originally designed, along with all files included in the filing, so that the Court has access to the original exhibit versions for review.

This Notice is submitted solely to preserve the accuracy and clarity of the record. It is not intended to introduce new evidence or to seek substantive relief.

Respectfully submitted,


/s/ Kelli Lee

Plaintiff, Pro Se

905 W. Rock St.

Morrilton AR, 72110

kelli.j.lee@gmail.com

(501) 354-5270

---

### DECLARATION OF MAILING OF USB DRIVE

I, Kelli Lee, declare under penalty of perjury as follows:

1. I am the Plaintiff in this action and am proceeding pro se.

2. On or about January 5, 2026, I mailed a USB drive to the Court containing copies of the exhibits filed on January 5, 2026 **(Exhibits A–D)**, along with all files included in that filing.

3. The USB drive contains the exhibits in their original form, including correct landscape orientation and fully functional embedded hyperlinks, as originally submitted by Plaintiff.

2

4. The USB drive was mailed to the Court for the purpose of ensuring that the Court has access to the exhibits and files included in the January 5, 2026 filing in their original format.

5. This declaration is submitted solely to document mailing and is not intended to introduce new evidence or seek substantive relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2026.

Location: Morrilton, AR 72110

/s/ Kelli Lee

Kelli Lee

Plaintiff, Pro Se

---

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on Tim Hutchinson and Mallory Shamoon, attorneys for Defendant, via email on January 8, 2026.

Dated: January 8, 2026

Respectfully submitted,

/s/ Kelli Lee, Pro Se Plaintiff

905 W. Rock St., Morrilton, AR, 72110

(501) 354-5270

kelli.j.lee@gmail.com