Water and Tear Resistant

USB INSIDE

CASE # 5:24-cv-05190

CASE: Lee V. WAL-MART Stores Arkansas, LLC

Kelli Lee
905 W. Rock St.
Morrilton, AR 72110

**Retail**

  

U.S.
PM
MOR
JAN

72701    $1

RDC 03    0 Lb 8.50 Oz    S232

United States District Court
Western District of Arkansas, Fayetteville
John Paul Hammerschmidt Federal Buil.
35 East Mountain Street
Room 510
Fayetteville, Arkansas 72701-5354

5
1116



EXPECTED DELIVERY DAY: 01/09/26

USPS TRACKING® #

9505 5116 2818 6005 5735 80