**EXHIBIT 1:  Deposition Transcript Excerpts Demonstrating Defendant's Mischaracterization of Plaintiff's Testimony to the Court**

---

The transcript citations below are taken from the December 17, 2025 deposition. A copy of the transcript and the errata sheet is included in **EXHIBIT 6** of this filing (Plaintiff's Response in Opposition to Defendant's Motion to Dismiss).

---

1.  **Defendant's Mischaracterization:  Plaintiff allegedly refused to answer whether Exhibit 3 was submitted, prepared, and/or turned in.**

    a.  **Defendant's Citation:** Page 16, lines 4–13: "Ms. Lee refused to answer if she recognizes or can identify Exhibit 3… refused to answer whether Exhibit 3 was prepared… refused to answer whether the documents… are valid and authentic…"

    b.  **Transcript Evidence (Plaintiff's Responses):** Plaintiff repeatedly stated that Exhibit 3 is not what she submitted, and that her actual submissions are reflected in her verified amended and supplemental discovery responses.

    c.  **Plaintiff Citations:**  Page 11, lines 2–4: "Looking at Exhibit 3, this is not what I submitted and I would refer you to either my amended or supplemental discovery responses."

    i.    Page 11, lines 19–21: "To the best of my recollection, this is not what I submitted… please look at my verified amended and supplemental discovery responses."

    ii.    Page 12, lines 2–3: "I've already answered this question. Please refer to my previous answer."

    iii.    Page 13, lines 5–6: "What seems to be here… is not my original work product."

---

2. **Defendant's Mischaracterization: Plaintiff allegedly refused to answer whether the documents in Exhibit 3 are valid or authentic.**

    a. **Defendant Citation:** Page 16, lines 8–11

    b. **Transcript Evidence:** Plaintiff explained she could not verify the documents as her own.

    c. **Plaintiff Citations:** Page 12, lines 10–13: *"This is not what I submitted."*

---

3. **Defendant's Mischaracterization: Plaintiff allegedly refused to answer whether Exhibit 1 was her Complaint.**

a.  **Defendant Citation:** Page 39, lines 22–25: *"Most recently, Ms. Lee has stated under oath on the record that she has no recollection of the events that she alleges constituted a violation of Title VII in the Arkansas Civil Rights Act."*

b.  **Transcript Evidence:** Plaintiff explained she could not verify the copy presented by opposing counsel and directed reference to the court-filed complaint.

c.  **Plaintiff Citations:**  Page 34, lines 6–12: *"...opposing counsel brought an unverified binder of documents, and from this, he said that my Complaint was in it, and after looking at that, what he said was my Complaint, to the best of my recollection, I can't verify the documents that opposing counsel has brought as my Complaint. But if you want to see exactly what my Complaint is, please see what was filed with the court, the Complaint that was filed with the court for me."*

d.  **Plaintiff Errata Reference:** Page 39, lines 8–10 clarifies that Plaintiff's "I don't remember" statement relates to her inability to independently verify the document that opposing counsel brought from memory (linked to Page 34, lines 4–12).

4.  **Defendant Mischaracterization to the Court: Plaintiff did not provide any answers during depositions.**

a.  **Defendant Citation:** Page 39, lines 18–22, : *"I would ask the Court to consider the fact that I have now deposed Ms. Lee over a period of about 12 to 13 hours,*

Exhibit 1:  Page 3 of 4

Supporting Plaintiff's Response in Opposition to Defendant's Motion to Dismiss

Case No:  5:24-CV-05190

*between two days, and outside of confirmation of name and I think working for Walmart, I've gotten no answers to the questions that I've asked...."*

b. **Transcript Evidence:** The transcript demonstrates multiple, substantive answers regarding preparation, authorship, and verification of exhibits and documents. Plaintiff also attempted to clarify and direct counsel to court-filed materials.

c. **Plaintiff Citations:** Pages 11–13, 17–18, 29, 30, 34, 39.

**Conclusion**

Defendant's motion mischaracterizes Plaintiff's deposition conduct. The transcript demonstrates that Plaintiff repeatedly answered core questions or provided valid explanations for her inability to recall or verify certain documents. Plaintiff's actions were consistent with her obligations, including the limitations imposed by the Court regarding which documents she could reference.