**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 5:24-cv-05190-TLB**

**WAL-MART STORES ARKANSAS, LLC**                                          **DEFENDANT**

### NOTICE OF WITHDRAWAL OF MALLORY SHAMOON AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant hereby respectfully moves this Court for an Order permitting the withdrawal of the appearance of Mallory Shamoon in the above-captioned action. Ms. Shamoon is no longer associated with the law firm of RMP LLP and attorneys at RMP LLP will continue to be counsel of record for Defendant. This withdrawal will not affect any deadlines or cause any delay in this matter.

Accordingly, Defendant requests that Mallory Shamoon be withdrawn as counsel of record and removed from this action's electronic case filing (ECF) service list.

Dated: May 1, 2026

Respectfully submitted,

Wal-Mart Stores Arkansas, LLC,
Defendant

By:    /s/ Mallory Shamoon
Tim Hutchinson (AR2000030)
Mallory Shamoon (AR2023170)
RMP LLP
P.O. Box 1788
Fayetteville, AR 72702
Tel: (479) 443-2705
Fax: (479) 443-2718

1

thutchinson@rmp.law
mshamoon@rmp.law

## CERTIFICATE OF SERVICE

I, Mallory Shamoon, hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing and a copy of the filing to all counsel of record. Further, I have served a true and correct copy of the foregoing on the following individual, via email.

Kelli Lee, Pro Se Plaintiff
Kelli.j.lee@gmail.com

/s/Mallory Shamoon
Mallory Shamoon

2