**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                    **PLAINTIFF**


**v.**                              **Case No.  5:24-CV-05190**


**WAL-MART STORES ARKANSAS, LLC**                                    **DEFENDANT**


**PLAINTIFF'S NOTICE OF CHANGE OF CONTACT INFORMATION**


Plaintiff respectfully notifies the Court and all involved parties that Plaintiff's previously listed telephone number is no longer valid and should no longer be used for contact purposes.

Plaintiff requests that all future communications and correspondence be directed to Plaintiff's email address listed below and to Plaintiff's current U.S. mailing address.

Effective immediately, Plaintiff's updated contact information is as follows:

**Email Address:**

kelli.j.lee1@gmail.com

Plaintiff notes that the updated email address differs from Plaintiff's previous email address only by the number 1

**Mailing Address:**

905 West Rock Street, Morrilton, Arkansas 72110

Plaintiff will promptly notify the Court of any future changes to contact information.

Respectfully submitted,

1

**Dated:** May 14, 2026

_____

Kelli Lee
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on Tim Hutchinson, attorney for Defendant,

via email on May 14, 2026.

Dated: May 14, 2026

Respectfully submitted,

/s/ Kelli Lee, Pro Se Plaintiff

905 W. Rock St., Morrilton, AR, 72110

kelli.j.lee1@gmail.com