# **Exhibit 2 - 526**

May 18, 2026 Email from Plaintiff to Ms. Bookout regarding Plaintiff's *pro se* status. In this

correspondence, Plaintiff expressly gave notice of her statutory right to self-representation under

28 U.S.C. § 1654, and that she had full *pro se* control over the case. Plaintiff advised that if a

third deposition were required following Judge Fowlkes' review of her objections, she intended

to coordinate scheduling and logistics directly with Defendant's counsel. Plaintiff explicitly

stated that Ms. Bookout, and all other third parties, lacked authority to take any actions on

Plaintiff's behalf.

(The complete email that Plaintiff sent follows on the next page )

**Page 1 of 3 - Exhibit 2-526**

Plaintiff's Motion For District Court Review Of Magistrate Judge's Order (Doc. 55) Pursuant To
Fed. R. Civ. P. 72(a) And Motion To Stay Pending District Court Review

Case No. 5:24-CV-05190, Lee v. Wal-Mart Stores Arkansas, LLC.

 **Gmail**

**Kelli Lee <kelli.j.lee1@gmail.com>**

## Lee v. Wal-Mart Stores Arkansas, LLC - Case 5:24-cv-05190

**Kelli Lee** <kelli.j.lee1@gmail.com>                    Mon, May 18, 2026 at 7:37 AM
To: Katelynn Bookout <kbookout@arkattorneys.com>
Cc: Liana Robbins <liana@arkattorneys.com>, George Rozzell <GRozzell@arkattorneys.com>

Ms. Bookout,

Thank you for your email regarding your request to speak via phone. Please be advised that my previous phone number registered with the court is no longer in service. For this reason, and to ensure an accurate and clear written record of all correspondence, I require that all communications remain in writing via email.

Please be further advised that pursuant to Federal Rule of Civil Procedure 72(a), I am in the process of preparing and formally filing Objections with District Judge Fowlkes regarding the May 13, 2026 Order, alongside a Motion to Stay that order pending review.

Given these pending filings and my pro-se status, I respectfully request that you do not stipulate to, negotiate, or agree to any deposition dates or terms with the Defendant's counsel.

Pursuant to my statutory right to self-representation under 28 U.S.C. § 1654, I am maintaining full *pro se* control over my case. If a third deposition is ultimately required following Judge Fowlkes' review of my objections, I intend to coordinate directly with the defendant's counsel regarding scheduling and logistics, so I do not authorize you or anyone else to take these actions or any other actions on my behalf. I will keep you apprised of any developments.

Thank you,

Kelli Lee

Pro Se Plaintiff


On Thu, May 14, 2026 at 12:30 PM Katelynn Bookout <kbookout@arkattorneys.com> wrote:

Hello Ms. Lee,

I have been appointed by Judge Comstock as stand-by counsel for you regarding your lawsuit against Walmart. Would you be able to talk on the phone sometime today regarding your case?

Best,

**Katelynn Bookout**



(479) 935-4995 | 323 W. Spring Street, Fayetteville, AR 72701
www.arkattorneys.com

*This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.*