## <u>Exhibit 4 - 526</u>

Plaintiff's May 21, 2026 Meet and Confer Email to Defendant's Counsel

(The complete email that Plaintiff sent follows on the next page )

**Page 1 of 2 - Exhibit 4-526**

Plaintiff's Motion For District Court Review Of Magistrate Judge's Order (Doc. 55) Pursuant To Fed. R. Civ. P. 72(a) And Motion To Stay Pending District Court Review

Case No. 5:24-CV-05190, Lee v. Wal-Mart Stores Arkansas, LLC.

 Gmail

**Kelli Lee <kelli.j.lee1@gmail.com>**

---

**Subject: Meet and Confer Notice — Rule 72(a) Objections and Motion to Stay — Response Requested by End of Business Friday May 22, 2026 Due to May 27 Filing Deadline — Lee v. Wal-Mart Stores Arkansas, LLC (5:24-cv-05190)**

---

**Kelli Lee** <kelli.j.lee1@gmail.com>                                    Thu, May 21, 2026 at 6:10 AM
To: Timothy Chad Hutchinson <thutchinson@rmp.law>

Mr. Hutchinson,

Pursuant to Local Rule 6.2(b) of the Western District of Arkansas, I am writing to provide you with notice that I am preparing to file the following documents with the Court:

1. Plaintiff's Motion for District Court Review of Magistrate Judge's Order (Doc. 55) Pursuant to Fed. R. Civ. P. 72(a);
2. Brief in Support of Plaintiff's Objections to Magistrate Judge's Order (Doc. 55) and Motion to Stay Pending District Court Review

As part of this filing, Plaintiff is requesting that the Court stay the June 30, 2026 deposition deadline imposed by Doc. 55 pending District Judge Fowlkes' review of Plaintiff's Rule 72(a) Objections.

Pursuant to Local Rule 6.2(b), I am contacting you to inquire whether Defendant opposes or does not oppose the requested stay of the June 30, 2026 deposition deadline pending resolution of Plaintiff's Rule 72(a) Objections.

Please be advised that Plaintiff's Rule 72(a) filing deadline is May 27, 2026. Due to this court-imposed deadline, I respectfully request that you provide your response in writing by end of business day Friday, May 22, 2026, so that I may accurately reflect Defendant's position in my filing.

If Defendant does not respond by that date and time, I will note in my filing that I contacted Defendant's counsel before 8:00 AM, May 21, 2026, providing two business days to respond, and received no response prior to filing.

Please direct all responses to this email address, as it is my current contact information on file with the Court.

Respectfully submitted,

Kelli Lee
Pro Se Plaintiff
Lee v. Wal-Mart Stores Arkansas, LLC
Case No. 5:24-cv-05190
kelli.j.lee1@gmail.com