# Exhibit 5 - 526

Defendant Counsel's May 21, 2026 Response Email to Plaintiff's May 21, 2026 Meet and Confer Email

(The email that Mr. Hutchinson sent follows on the next page )

**Page 1 of 3 - Exhibit 5-526**

Plaintiff's Motion For District Court Review Of Magistrate Judge's Order (Doc. 55) Pursuant To Fed. R. Civ. P. 72(a) And Motion To Stay Pending District Court Review

Case No. 5:24-CV-05190, Lee v. Wal-Mart Stores Arkansas, LLC.



Kelli Lee <kelli.j.lee1@gmail.com>

## Subject: Meet and Confer Notice — Rule 72(a) Objections and Motion to Stay — Response Requested by End of Business Friday May 22, 2026 Due to May 27 Filing Deadline — Lee v. Wal-Mart Stores Arkansas, LLC (5:24-cv-05190)

**Tim Hutchinson** <thutchinson@rmp.law>                                    Thu, May 21, 2026 at 7:54 AM
To: Kelli Lee <kelli.j.lee1@gmail.com>

Ms. Lee,

As you may be aware, the Court has entered an order relieving the counsel who was appointed to assist you in connection with the deposition. A copy of that order is attached for your reference. However, the order does not address whether the deposition itself remains required. Accordingly, before you ask for a stay, you may wish to contact the Magistrate's chambers directly to clarify whether you are still obligated to sit for the deposition.

Alternatively, if you intend to file any motions related to this matter, please forward drafts of the proposed motions for my review. I will advise whether we have any objections at that time. Until I have had the opportunity to review any such filing, I am unable to take a position one way or the other.

Thanks,


Tim Hutchinson            *Attorney*



5519 Hackett Rd Ste 300 | Springdale Arkansas 72762

PO Box 1788 | Fayetteville Arkansas 72702

Firm 479.443.2705 | Fax 479.443.2718 | Direct 479.439.5662

thutchinson@rmp.law | www.rmp.law


CONFIDENTIALITY NOTICE: This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.


The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from our office to you or vice versa; and (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or our computer of even some computer unconnected to either of us which the e-mail passed through. We are communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let us know at once.

**From:** Kelli Lee <kelli.j.lee1@gmail.com>
**Sent:** Thursday, May 21, 2026 6:10 AM
**To:** Tim Hutchinson <thutchinson@rmp.law>
**Subject:** Subject: Meet and Confer Notice — Rule 72(a) Objections and Motion to Stay — Response Requested by End of Business Friday May 22, 2026 Due to May 27 Filing Deadline — Lee v. Wal-Mart Stores Arkansas, LLC (5:24-cv-05190)

**EXTERNAL EMAIL**      **Be careful with links and attachments!**

[Quoted text hidden]

---

**2 attachments**



**image001.png**
11K

**[57] 26.0518 WM Kelli - Order Relieving Standy-By Counsel.pdf**
167K