**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE**                                                                                    **PLAINTIFF**

**v.**                                          **Case No.  5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC**                                      **DEFENDANT**

---

**PLAINTIFF'S NOTICE REGARDING PENDING RULE 72(a) OBJECTIONS AND**
**REQUEST FOR REFERRAL TO DISTRICT JUDGE FOWLKES**

---

Plaintiff Kelli Lee, proceeding pro se, respectfully submits this Notice to clarify the nature of her pending filings and to formally request that they be directed to District Judge David Fowlkes for review and decision.

On May 13, 2026, Magistrate Judge Comstock issued an Order (Doc. 55) that did two things: (1) appointed standby counsel; and (2) ordered Plaintiff to submit to a third deposition no later than June 30, 2026. On May 26, 2026, Plaintiff timely filed her Rule 72(a) Objections (Doc. 58) and Brief in Support (Doc. 59) challenging both aspects of Doc. 55, including specifically the June 30, 2026, deposition deadline. Those filings also include a Motion to Stay the June 30 deadline pending district court review.

Under Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1)(A), Plaintiff's objections to a magistrate judge's order are directed to and must be decided by the assigned district judge — in this case, District Judge David Fowlkes. Magistrate Judge Comstock does not

1

have authority to rule on objections to her own order. Plaintiff respectfully requests that the Clerk of Court ensure that Docs. 58 and 59, the Motion to Stay contained within them, and all related motions, including Defendant's Motion to Strike (Doc. 60), are properly referred to District Judge Fowlkes for decision.

The June 30, 2026, deposition deadline imposed by Doc. 55 is now approximately eighteen days away. Plaintiff's Motion to Stay that deadline has been pending since May 26, 2026. Plaintiff respectfully and urgently requests that District Judge Fowlkes be made aware of the pending Rule 72(a) objections and the imminent deadline so that the Motion to Stay may be considered before June 30, 2026.

Respectfully submitted,

/s/ Kelli Lee
Kelli Lee, Pro Se Plaintiff
905 W. Rock St., Morrilton, AR 72110
kelli.j.lee1@gmail.com | (501) 289-1786
Dated: June 12, 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I filed the foregoing with the Clerk of Court and served a copy on Tim Hutchinson, attorney for Defendant, via email at thutchinson@rmp.law.

Dated: June 12, 2026
/s/ Kelli Lee, Pro Se Plaintiff

2