Exhibit 2 – 6262

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KELLI LEE                                                                                    PLAINTIFF

v.                                      CIVIL NO. 5:24-CV-5190-DCF-CDC

WALMART STORES ARKANSAS, LLC                                         DEFENDANT


**ORDER RELIEVING STANDY-BY COUNSEL**

On May 13, 2026, this Court appointed Katelynn Bookout and George Rozzell of Miller Butler Schneider Pawlik Rozzell https://www.arkattorneys.com/ to serve as Plaintiff's stand-by counsel for purposes of one (1) final attempt to complete Plaintiff's deposition and move this case forward. Counsel was directed to call Ms. Lee.

On May 14, 2026, Ms. Lee changed her contact information on CM/ECF to remove her telephone number. (ECF No. 56).

Appointed counsel was then directed to email Ms. Lee at her new email address and counsel sent an email on Friday, May 14, 2026. On the morning of May 18th, Ms. Lee responded to appointed counsel, advising that pursuant to her "statutory right to self-representation," she will be maintaining "full pro se control" over her case and that she intends to "coordinate directly with the defendant's counsel regarding scheduling and logistics" and does not authorize appointed counsel or anyone else to take action on her behalf.

For these reasons, stand-by counsel is **RELIEVED** of representation of Plaintiff.

**IT IS SO ORDERED** this 18th day of May 2026.

_Christy Comstock_
_____
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

1