Exhibit 3 – 6262



| 66 | *Filed & Entered:* | 06/22/2026 | Order |
|---|---|---|---|
| | *Docket Text:* TEXT ONLY ORDER clarifying that the Court's prior Order (ECF No. 57) Relieving Stand-By Counsel also cancelled Plaintiff's deadline to participate in a 3rd deposition not later than June 30, 2026. No further deposition is required at this time. Signed by Honorable Christy D. Comstock on June 22, 2026. (Comstock, Christy) | | | |
| 67 | *Filed & Entered:* | 06/22/2026 | Order on Motion to Dismiss Party |
| | *Docket Text:* TEXT ONLY ORDER denying as MOOT [ECF No 58] Plaintiff's Motion to Set Aside Order as Stand-By Counsel has been relieved, and Plaintiff no longer has a June 30, 2026, deadline to participate in a 3rd Deposition. The relief sought by Plaintiff has been granted in other Orders. Signed by Honorable Christy D. Comstock on June 22, 2026. (Comstock, Christy) Modified on 6/22/2026 (bjb). | | | |