US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED
OCT - 8 2026
By Mistee Aaron
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KELLI LEE** **PLAINTIFF**

**v.** **Case No. 5:24-CV-05190**

**WAL-MART STORES ARKANSAS, LLC** **DEFENDANT**

**NOTICE OF APPEAL**

Notice is hereby given that Kelli Lee, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order dated September 30, 2026 (Docket Entry #71) dismissing the action with prejudice.

Dated: October 5, 2026

/s/ Kelli Lee

Kelli Lee, Pro Se Plaintiff

905 W. Rock St.

Morrilton, AR, 72110

(501) 289-1786

kelli.j.lee1@gmail.com

2028335