**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 09, 2026

Kelli Lee
905 W. Rock Street
Morrilton, AR 72110

RE: 26-3066 Kelli Lee v. Walmart Stores Arkansas, LLC

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc: Clerk, U.S. District Court, Western Arkansas
Timothy Chad Hutchinson
Shana Leding

District Court/Agency Case Number(s): 5:24-cv-05190-DCF

**Caption For Case Number: 26-3066**

Kelli Lee

Plaintiff - Appellant

v.

Walmart Stores Arkansas, LLC

Defendant - Appellee

**Addresses For Case Participants: 26-3066**

Kelli Lee
905 W. Rock Street
Morrilton, AR 72110

Clerk, U.S. District Court, Western Arkansas
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR 72701-5354

Timothy Chad Hutchinson
RMP, LLP
Suite 300
5519 Hackett Road
Springdale, AR 72762

Shana Leding
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR 72701-5354